# United States Bankruptcy Court
### Northern District of California

In re    **Robert Edward Hayner,**
       **Jane E Hayner**

Case No. _____

_____,

                             Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,230,000.00 | | |
| B - Personal Property | Yes | 4 | 123,234.55 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,127,319.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 16,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,920,596.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,590.85 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 19,117.32 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 1,353,234.55 | | |
| Total Liabilities | | | | 4,063,915.61 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Robert Edward Hayner,**
    **Jane E Hayner**

                    Debtors

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 16,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 16,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,590.85 |
| Average Expenses (from Schedule J, Line 18) | 19,117.32 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,365.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 902,319.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 16,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,920,596.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,822,915.61 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

.

| In re | Robert Edward Hayner, | | Case No. _____ |
|---|---|---|---|
| | Jane E Hayner | | |

                                                    ,
                              **Debtors**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 4179 Crest Road, Pebble Beach CA 93953** | **100%** | **C** | **875,000.00** | **1,113,348.00** |
| **810 Meadow Valley Road, Mt. Shasta, CA** | **100%** | **C** | **350,000.00** | **1,013,971.00** |
| **A piece of land in Tahlequah, OK (ID# 4939)** | **100%** | **C** | **3,000.00** | **0.00** |
| **Pinecliff Village HOA, Post Office Box 7716, Ruidoso, NW  88355 (1 week a year)** | **100%** | **C** | **2,000.00** | **0.00** |

|  | Sub-Total > | **1,230,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,230,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Robert Edward Hayner,**                        Case No. _____

            **Jane E Hayner**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | 140.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct - Chase Bank** | **W** | 0.00 |
| | | | **Checking Acct - Comerica Bank** | **W** | 8,914.55 |
| | | | **Checking Acct - Monterey Credit Union** | **W** | 230.00 |
| | | | **Checking Acct - Chase Bank** | **H** | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | 3,000.00 |
| | | | **810 Meadow Valley Road, Mt. Shasta, CA** | **C** | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | 2,000.00 |
| 7. | Furs and jewelry. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | 2,200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                          Sub-Total >        **19,484.55**

                                          (Total of this page)

**3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

In re     **Robert Edward Hayner,**           Case No. _____
           **Jane E Hayner**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Prudential Insurance** | C | 45,000.00 |
| | | **SAIC (Qualified IRA in Debtor's Name)** | C | 20,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **$1,000 US Savings Bond--Current redemption value is $500.00** **Location: 4179 Crest Road, Pebble Beach CA 93953** | C | 500.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **USAA Term Life Insurance 500K policy - no cash value** | H | 0.00 |
| | | **USAA Universal Life 100k policy** | W | 4,000.00 |
| | | **ING Term Life Insurance 100k policy - no cash value** | H | 0.00 |

                                            Sub-Total >       **69,500.00**
                                            (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re     **Robert Edward Hayner,**               Case No. _____

            **Jane E Hayner**

                                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 GMC Truck - Mileage 91,658 KBB Private Party Value 810 Meadow Valley Road, Mt. Shasta, CA | C | 3,200.00 |
| | | 1997 Mercedes SL320 - Mileage 67,200 KBB Private Party Value Location: 4179 Crest Road, Pebble Beach CA 93953 | C | 13,285.00 |
| | | 2005 BMW x5 - Mileage 61,430 KBB Private Party Value Location: 4179 Crest Road, Pebble Beach CA 93953 | C | 17,665.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                                       Sub-Total >      **34,150.00**
                                                   (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

In re  **Robert Edward Hayner,**                                Case No.

        **Jane E Hayner**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **34,000 Shares of Biobanc, Inc.** | **C** | **100.00** |
| | | **Shares of 1st Capital Bank** | **C** | **Unknown** |
| | | **5 Units of Shares in Consolidated Leasing ($217,000.00)** | **C** | **0.00** |
| | | **1 Unit of Shares in Alliance Sooner Trent ($138,600.00)** | **C** | **0.00** |
| | | **Shares in Rembrandt Partners ($71,000.00)** | **C** | **0.00** |
| | | **Social Security Benefits for Debtor and Joint Debtor** | **C** | **Unknown** |
| | | **Military Retirement Benefits** | **H** | **Unknown** |

Sub-Total >        **100.00**
(Total of this page)
Total >        **123,234.55**

In re    **Robert Edward Hayner,**            Case No. _____

          **Jane E Hayner**

_____,
                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(1) | 22,075.00 | 875,000.00 |
| 810 Meadow Valley Road, Mt. Shasta, CA | C.C.P. § 703.140(b)(5) | 1,000.00 | 350,000.00 |
| **Cash on Hand** | | | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(5) | 140.00 | 140.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Acct - Chase Bank | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| Checking Acct - Comerica Bank | C.C.P. § 703.140(b)(5) | 6,865.00 | 8,914.55 |
| Checking Acct - Monterey Credit Union | C.C.P. § 703.140(b)(5) | 230.00 | 230.00 |
| **Household Goods and Furnishings** | | | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| 810 Meadow Valley Road, Mt. Shasta, CA | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(4) | 1,425.00 | 2,200.00 |
| | C.C.P. § 703.140(b)(5) | 775.00 | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Prudential Insurance | C.C.P. § 703.140(b)(10)(E) | 45,000.00 | 45,000.00 |
| SAIC (Qualified IRA in Debtor's Name) | C.C.P. § 703.140(b)(10)(E) | 20,000.00 | 20,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 BMW x5 - Mileage 61,430 | C.C.P. § 703.140(b)(2) | 3,525.00 | 17,665.00 |
| KBB Private Party Value | C.C.P. § 703.140(b)(5) | 14,140.00 | |
| Location: 4179 Crest Road, Pebble Beach CA 93953 | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 34,000 Shares of Biobanc, Inc. | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Social Security Benefits for Debtor and Joint Debtor | C.C.P. § 703.140(b)(10)(A) | 0.00 | Unknown |
| Military Retirement Benefits | C.C.P. § 703.140(b)(10)(B) | 0.00 | Unknown |
| | Total: | 123,275.00 | 1,327,249.55 |

_ __0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re **Robert Edward Hayner,**
    **Jane E Hayner,**

Case No. _____

_____ ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5103**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | C | Opened 9/01/06 Last Active 7/15/10<br><br>1st Deed of Trust<br><br>810 Meadow Valley Road, Mt. Shasta, CA | | | | | |
| | | | Value $     **350,000.00** | | | | **1,009,959.00** | **663,971.00** |
| Account No. **xxxxxxxx7220**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | C | Opened 12/01/06 Last Active 9/01/10<br><br>First Deed of Trust<br><br>Location: 4179 Crest Road, Pebble Beach CA 93953 | | | | | |
| | | | Value $     **875,000.00** | | | | **947,041.00** | **99,786.00** |
| Account No. **xxxxxxxx4583**<br><br>**Chase**<br>**N54 W 13600 Woodale Dr**<br>**Mennomonee, WI 53051** | | C | Opened 12/01/06 Last Active 9/27/10<br><br>Home Equity Lien<br><br>Location: 4179 Crest Road, Pebble Beach CA 93953 | | | | | |
| | | | Value $     **875,000.00** | | | | **138,562.00** | **138,562.00** |
| Account No.<br><br>**Chase**<br>**Home Equity Loan Servicing**<br>**Post Office Box 24714**<br>**Columbus, OH 43224** | | C | DUPLICATE MAILING ADDRESS FOR HOME EQUITY LINE ON | | | | | |
| | | | Value $     **0.00** | | | | **0.00** | **0.00** |

  **1**   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **2,095,562.00** | **902,319.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re   **Robert Edward Hayner,**
        **Jane E Hayner**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4583**<br><br>**CHASE**<br>**POB 78035**<br>**Phoenix, AZ 85062-8035** | C | | **Home Equity Lien**<br><br>**Duplicate Mailing Address for Home Equity Lien**<br><br>Value $       **0.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxxxxxxxxxx0610**<br><br>**Monterey County Bank**<br>**Po Box 1309**<br>**Monterey, CA 93942** | | H | **Opened 6/01/10 Last Active 8/04/10**<br><br>**Lien**<br><br>**Location: 4179 Crest Road, Pebble Beach CA 93953**<br>Value $      **875,000.00** | | | | **24,900.00** | **0.00** |
| Account No.<br><br>**Monterey County Tax Collector**<br>**POB 891**<br>**Salinas, CA 93902** | C | | **Tax Lien**<br><br>**Location: 4179 Crest Road, Pebble Beach CA 93953**<br><br>Value $      **875,000.00** | | | | **2,845.00** | **0.00** |
| Account No.<br><br>**Siskiyou County Tax Collector**<br>**311 Fourth Street, Room 108**<br>**Yreka, CA 96097** | C | | **Tax Lien**<br><br>**810 Meadow Valley Road, Mt. Shasta, CA**<br><br>Value $      **350,000.00** | | | | **4,012.00** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **31,757.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **2,127,319.00** | **902,319.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

In re    **Robert Edward Hayner,**                                Case No. _____
          **Jane E Hayner**

_____,
                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                                      1 continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re    **Robert Edward Hayner,**            Case No. _____
            **Jane E Hayner**

                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid 2005 Taxes | | | | | | |
| Franchise Tax Board Bankruptcy Personal Income Tax Post Office Box 2952 Sacramento, CA 95812 | C | | | | | | | | 0.00 |
| | | | | | | | 4,000.00 | | 4,000.00 |
| Account No. | | | Unpaid 2006 Taxes | | | | | | |
| Franchise Tax Board Bankruptcy Personal Income Tax Post Office Box 2952 Sacramento, CA 95812 | C | | | | | | | | 0.00 |
| | | | | | | | 12,000.00 | | 12,000.00 |
| Account No. | | | Debtors have not filed 2009 Tax Returns yet | | | | | | |
| IRS Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346 | C | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 16,000.00 | 16,000.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 16,000.00 | 16,000.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re    **Robert Edward Hayner,**                 Case No. _____
             **Jane E Hayner**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx0217**<br><br>**ADT Security Services**<br>**Post Office Box 650485**<br>**Dallas, TX 75265-0485** | C | | | | UNPAID VENDOR | | | | 369.36 |
| Account No. **xxxxxxxxxxxxx8151**<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | C | | | | Opened 8/01/87 Last Active 8/01/06<br>OPEN ACCOUNT - NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxxxx7454**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | C | | | | Opened 11/01/78 Last Active 5/15/10<br>CreditCard | | | | 34,279.36 |
| Account No. **xxxxxxxxxxx0942**<br><br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | C | | | | Opened 9/01/98 Last Active 5/21/10<br>CreditCard | | | | 5,099.00 |
| __10__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 39,747.72 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 S/N:41459-110104    Best Case Bankruptcy

In re   **Robert Edward Hayner,**
         **Jane E Hayner**

Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6494 <br><br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-03-14** <br> **Po Box 26012** <br> **Greensboro, NC 27410** | | H | **Opened 6/01/90 Last Active 5/13/10** <br> **CreditCard** | | | | **4,135.00** |
| Account No. **5006** <br><br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-03-14** <br> **Po Box 26012** <br> **Greensboro, NC 27410** | | C | **Opened 11/01/78 Last Active 7/29/06** <br> **OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br> **Birgit Ball Eisner** <br> **411 Kaelepulu Drive** <br> **Apt 160** <br> **Kailua, HI 96734** | | C | **Personal Guaranty of investment in Biobanc, Inc.** | | | | **25,000.00** |
| Account No. <br><br> **Brian D. Call, Esq.** <br> **500 Camino El Estero, Suite 200** <br> **Monterey, CA 93940** | | C | **NOTICE ONLY - Small Claims Case No.: SC132649** | | | | **6,500.00** |
| Account No. xxxxxxxxxxx4365 <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | C | **Opened 2/01/08 Last Active 5/04/10** <br> **CreditCard** | | | | **2,753.24** |

Sheet no. \_\_**1**\_\_\_ of \_\_**10**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **38,388.24**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **Robert Edward Hayner,**
       **Jane E Hayner**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2488**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | C | | **Opened 1/01/06 Last Active 5/10/10<br>CreditCard** | | | | **21,539.00** |
| Account No. **xxxx-xxxx-xxxx-6134**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | C | | **Opened 9/21/96 Last Active 12/05/10<br>CreditCard** | | | | **11,812.87** |
| Account No. **xxxxxxxxxxx5714**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | C | | **Opened 9/01/96 Last Active 12/05/10<br>CreditCard** | | | | **11,655.00** |
| Account No. **xxxxxxxxxxx2975**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | H | | **Opened 8/01/06 Last Active 10/24/10<br>CreditCard - Marriott Rewards** | | | | **1,483.91** |
| Account No. **xxxxxxxxxxx4212**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | C | | **Opened 9/01/05 Last Active 12/06/10<br>CreditCard** | | | | **1,010.00** |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**47,500.78**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Edward Hayner,**                                    Case No. _____
         **Jane E Hayner**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4583**<br><br>**Chase**<br>**3990 S Babcock St**<br>**Melbourne, FL 32901** | C | | Opened 12/28/06 Last Active 8/17/09<br>OPEN ACCOUNT - NOTICE ONLY | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5013**<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | C | | Opened 4/01/08 Last Active 8/18/10<br>OPEN ACCOUNT - NOTICE ONLY | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4682**<br><br>**Chase-pier1**<br>**Attn: Recovery**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | C | | Opened 6/01/97 Last Active 8/18/10<br>OPEN ACCOUNT - NOTICE ONLY | | | | **0.00** |
| Account No. **xxxxx4301**<br><br>**Cpu/citi - Conoco Phillips Union**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | C | | Opened 4/01/99 Last Active 10/31/10<br>CreditCard | | | | **114.00** |
| Account No. **xxxxxxxxxxxx4494**<br><br>**Credit One Bank**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | C | | Opened 11/01/09 Last Active 11/16/10<br>CreditCard | | | | **5.00** |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **119.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

In re    **Robert Edward Hayner,**
      **Jane E Hayner**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6344** <br><br> **Discover Fin** <br> **Po Box 6103** <br> **Carol Stream, IL 60197** | C | | **Opened 2/01/87 Last Active 6/04/10** <br> **CreditCard** | | | | **6,075.91** |
| Account No. **xxxxxxxxxxxx9878** <br><br> **GEMB / Old Navy** <br> **Attention: GEMB** <br> **Po Box 103104** <br> **Roswell, GA 30076** | C | | **Opened 9/01/09 Last Active 1/17/10** <br> **OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx9125** <br><br> **Gemb/care Credit** <br> **Attn: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA 30076** | C | | **Opened 2/01/08 Last Active 12/02/10** <br> **ChargeAccount** | | | | **2,510.00** |
| Account No. **xxxxxxxxxxxx1491** <br><br> **Gemb/chevron** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | C | | **Opened 2/01/79 Last Active 12/02/10** <br> **ChargeAccount** | | | | **113.00** |
| Account No. **xxxxxxxxxxxx9018** <br><br> **Hsbc Bank** <br> **Po Box 52530** <br> **Carol Stream, IL 60196** | C | | **Opened 3/01/08 Last Active 10/26/10** <br> **OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,698.91**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Robert Edward Hayner,**
       **Jane E Hayner**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Hugh Wilson, M.D.** <br> **c/o Gerard Rose, Esq.** <br> **Post Office Box 6516** <br> **Carmel by the Sea, CA 93921** | C | | | **NOTICE ONLY - M107113** | | | | 55,000.00 |
| Account No. <br><br> **Jim and Sharon Swallow** <br> **Post Office Box 4975** <br> **Carmel by the Sea, CA 93921** | C | | | **Personal Guaranty of investment in Biobanc, Inc.** | | | | 50,000.00 |
| Account No. <br><br> **Jon Giffen, Esq.** <br> **Kennedy, Archer & Harray** <br> **24591 Silver Cloud Court, Suite 200** <br> **Monterey, CA 93940** | C | | | **NOTICE ONLY - M106013** | | | | 54,000.00 |
| Account No. **xxx7919** <br><br> **Joseph I. Sussman, P.C.** <br> **Attorneys at Law** <br> **132 West 31st Street, Suite 1502** <br> **New York, NY 10001** | C | | | **Attorney for Principis Capital, LLC** | | | | 120,000.00 |
| Account No. **xxxxxxxx6852** <br><br> **Kohls** <br> **Attn: Recovery Dept** <br> **Po Box 3120** <br> **Milwaukee, WI 53201** | C | | | **Opened 12/01/09 Last Active 12/02/10 ChargeAccount** | | | | 107.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**279,107.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **Robert Edward Hayner,**            Case No. _____
         **Jane E Hayner**

_____ ,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x9193**<br><br>**Law Offices of Patenaude & Felix A.P.C.**<br>**4545 Murphy Canyon Road, 3rd Floor**<br>**San Diego, CA 92123** | W | | NOTICE ONLY - Collection Agency for Target National Bank | | | | **0.00** |
| Account No. **xx-xxx-xx-x91-36**<br><br>**Macys/fdsb**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | C | | Opened 8/01/07 Last Active 5/01/10 ChargeAccount | | | | **9,971.93** |
| Account No. **xx-xxx-xx-x91-20**<br><br>**Macys/fdsb**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | C | | Opened 7/01/87 Last Active 3/17/10 ChargeAccount | | | | **615.00** |
| Account No. **xxxxxxxx1820**<br><br>**Macys/fdsb**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | H | | Opened 6/01/06 Last Active 9/21/06 OPEN ACCOUNT - NOTICE ONLY | | | | **0.00** |
| Account No. **xxxxxxx9140**<br><br>**Macys/fdsb**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | C | | Opened 12/01/00 Last Active 9/11/01 OPEN ACCOUNT - NOTICE ONLY | | | | **0.00** |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,586.93**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Robert Edward Hayner,**
        **Jane E Hayner**                                      Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Maggie Moratz <br>243 Foam Street <br>Monterey, CA 93940 | C | | Personal Guaranty of investment in Biobanc, Inc. | | | | 25,000.00 |
| Account No. <br><br>Michael K. Larkin <br>c/o Roy C. Gunter, III <br>580 Calle Principal <br>Monterey, CA 93940 | C | | NOTICE ONLY - M97268 | | | | 495,000.00 |
| Account No. <br><br>Monterey Peninsula Airport District <br>200 Fred Kane Drive <br>Suite 200 <br>Monterey, CA 93940 | H | | | | | | 12,208.00 |
| Account No. **xx-xx179-0** <br><br>Nelson & Kennard <br>Attorneys at Law <br>Post Office Box 13807 <br>Sacramento, CA 95853 | C | | M100289 | | | | 7,442.91 |
| Account No. **xxxxxx1992** <br><br>Nordstrom FSB <br>Attention:  Bankruptcy Department <br>Po Box 6555 <br>Englewood, CO 80155 | C | | Opened  9/01/94  Last Active  2/12/10 <br>OPEN ACCOUNT - NOTICE ONLY | | | | 0.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                539,650.91

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Robert Edward Hayner,**
      **Jane E Hayner**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Pacific Capital Bank**<br>**c/o Stephen Pearson, Esq.**<br>**Noland, Hamerly, Etienne & Hoss**<br>**POB 2510**<br>**Salinas, CA 93902** | C | | | **NOTICE ONLY - M107340** | | | | **450,000.00** |
| Account No.<br><br>**Pauline Reed**<br>**14636 Springer Court**<br>**Saratoga, CA 95070** | C | | | **Personal Guaranty of investment in Biobanc, Inc.** | | | | **25,000.00** |
| Account No. **xxxxxx7102**<br><br>**Prefcustfurn**<br>**P.o. Box 94498**<br>**Las Vegas, NV 89193** | C | | | **Opened 12/01/06  Last Active  6/23/07**<br>**OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Renasant Bank**<br>**c/o Gordon G. Fraser, Esq.**<br>**6501 Crown Blvd., Suite 200**<br>**San Jose, CA 95120** | C | | | **NOTICE ONLY - M107522** | | | | **85,000.00** |
| Account No.<br><br>**Salinas Valley Memorial Hospital**<br>**450 East Romie Lane**<br>**Salinas, CA 93901** | C | | | **Lease Guaranty - NOTICE ONLY** | | | | **Unknown** |

Sheet no. __8___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**560,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Robert Edward Hayner,**
       **Jane E Hayner**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2253** <br><br> **Sears/cbsd** <br> **701 East 60th St N** <br> **Sioux Falls, SD 57117** | | C | **Opened 11/01/77 Last Active 10/28/10** <br> **CreditCard** | | | | **6,164.22** |
| Account No. <br><br> **Sentinel Printers, Inc.** <br> **912 Cedar Street** <br> **Santa Cruz, CA 95060-3891** | | C | **Printing Services** | | | | **12,400.00** |
| Account No. **xxxxx9922** <br><br> **Shell Oil / Citibank** <br> **Attn.: Centralized  Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | C | **Opened  4/01/07  Last Active  3/13/09** <br> **OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxx7464** <br><br> **Talbots** <br> **175 Beal St** <br> **Hingham, MA 02043** | | C | **Opened  5/01/96  Last Active 12/02/10** <br> **ChargeAccount** | | | | **356.00** |
| Account No. <br><br> **Tim Liou** <br> **13650 (Unit 801)** <br> **Marina Del Rey, CA 90292** | | H | **Personal Guaranty of investment in Biobanc, Inc.** | | | | **300,000.00** |

Sheet no. __**9**___ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**318,920.22**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
    Best Case Bankruptcy

In re    **Robert Edward Hayner,**
         **Jane E Hayner**
                                       ,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx9040**<br><br>**Tnb-visa**<br>**Po Box 560284**<br>**Dallas, TX 75356** | C | | **Opened 11/01/98 Last Active 5/30/10**<br>**CreditCard** | | | | **1,851.90** |
| Account No. **xxxx-xxxx-xxxx-2350**<br><br>**USAA Federal Savings Bank**<br>**10750 Mcdermott Fwy**<br>**San Antonio, TX 78288** | C | | **Opened 3/01/93 Last Active 5/11/10**<br>**CreditCard** | | | | **26,025.00** |
| Account No.<br><br>**Wayne & Margaret Mosher**<br>**6481 Mojave Drive**<br>**San Jose, CA 95120** | C | | **Persona Guaranty of investment in Biobanc, Inc.** | | | | **50,000.00** |
| Account No. **xxxxxxxxxxx4608**<br><br>**Wfnnb/the Company Stor**<br>**Po Box 2974**<br>**Shawnee Mission, KS 66201** | C | | **Opened 12/01/09 Last Active 2/18/10**<br>**OPEN ACCOUNT - NOTICE ONLY** | | | | **0.00** |
| Account No. **xxx3197**<br><br>**Zwicker & Associates, P.C.**<br>**Attorneys at Law**<br>**80 Minuteman Road**<br>**Andover, MA 01810-1008** | C | | **COLLECTION AGENCY for Discover Credit Card - NOTICE ONLY** | | | | **0.00** |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **77,876.90** |
| Total (Report on Summary of Schedules) | **1,920,596.61** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re     **Robert Edward Hayner,**                                 Case No. _____
          **Jane E Hayner**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Salinas Valley Memorial Hospital**<br>**450 East Romie Lane**<br>**Salinas, CA 93901** | **Guaranty of Biobank USA Lease** |

**0**
Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

.

In re    **Robert Edward Hayner,**                                     Case No. _____

         **Jane E Hayner**

_____,
                           Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Codebtors

In re  **Robert Edward Hayner**
      **Jane E Hayner**
            Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **CEO/President** | **Admin Clerk** |
| Name of Employer | **Biobanc, USA** | **Hospice Foundation** |
| How long employed | **4.5 years** | **3 months** |
| Address of Employer | **5 Lower Ragsdale, Suite 100**<br>**Monterey, CA 93940** | **80 Garden Court, Suite 201**<br>**Monterey, CA 93940** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
| --- | --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **1,170.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **1,170.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **93.15** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **93.15** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **1,076.85** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):   **Social Security Benefits** | $ | **1,840.00** | $ | **1,479.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **4,195.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **6,035.00** | $ | **1,479.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,035.00** | $ | **2,555.85** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **8,590.85** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Robert Edward Hayner**
**Jane E Hayner**                                             Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,932.51 |
|    a. Are real estate taxes included?    Yes ___    No **X** | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 770.00 |
|                b. Water and sewer | $ | 120.00 |
|                c. Telephone | $ | 35.00 |
|                d. Other  **Cable, telephone, internet Combo** | $ | 170.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 700.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 165.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 0.00 |
|                b. Life | $ | 765.00 |
|                c. Health | $ | 99.00 |
|                d. Auto | $ | 302.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 0.00 |
|                b. Other _____ | $ | 0.00 |
|                c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 950.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 8,958.81 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 19,117.32 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 8,590.85 |
| b.    Average monthly expenses from Line 18 above | $ | 19,117.32 |
| c.    Monthly net income (a. minus b.) | $ | -10,526.47 |

In re    **Robert Edward Hayner**
         **Jane E Hayner**                                 Case No. _____

                                   Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Long Term Disability** | $ | **865.00** |
| **Educational Expense for granddaughter** | $ | **468.00** |
| **1st on Shasta Home** | $ | **7,625.81** |
| **Total Other Expenditures** | $ | **8,958.81** |

# United States Bankruptcy Court
## Northern District of California

In re   **Robert Edward Hayner**
     **Jane E Hayner**

                                Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 4, 2011**          Signature   **/s/ Robert Edward Hayner**
                                                   **Robert Edward Hayner**
                                                   Debtor

Date   **February 4, 2011**          Signature   **/s/ Jane E Hayner**
                                                     **Jane E Hayner**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.