In re   **Robert Edward Hayner,**
        **Jane E Hayner,**
                                                                    Debtors

Case No.   **11-51102 CN**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|    | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|----|---|---|---|---|---|
| 1. | Cash on hand | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **140.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct - Chase Bank** | **W** | **0.00** |
|    | | | **Checking Acct - Comerica Bank** | **W** | **8,914.55** |
|    | | | **Checking Acct - Monterey Credit Union** | **W** | **230.00** |
|    | | | **Checking Acct - Chase Bank** | **H** | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **3,000.00** |
|    | | | **810 Meadow Valley Road, Mt. Shasta, CA** | **C** | **3,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **2,000.00** |
| 7. | Furs and jewelry. | | **Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **2,200.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | **19,484.55** |
|---|---|---|

  **3**   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Robert Edward Hayner,**
**Jane E Hayner** Case No. **11-51102 CN**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Principal Insurance | C | 34,579.81 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | $1,000 US Savings Bond--Current redemption value is $500.00<br>Location: 4179 Crest Road, Pebble Beach CA 93953 | C | 500.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | USAA Term Life Insurance 500K policy - no cash value | H | 0.00 |
| | | USAA Universal Life 100k policy | W | 4,000.00 |
| | | ING Term Life Insurance 100k policy - no cash value | H | 0.00 |

Sub-Total >   **39,079.81**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                                  Best Case Bankruptcy

In re **Robert Edward Hayner,** Case No. **11-51102 CN**
**Jane E Hayner**,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 GMC Truck - Mileage 91,658**<br>**KBB Private Party Value**<br>**810 Meadow Valley Road, Mt. Shasta, CA** | **C** | **3,200.00** |
| | | **1997 Mercedes SL320 - Mileage 67,200**<br>**KBB Private Party Value**<br>**Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **13,285.00** |
| | | **2005 BMW x5 - Mileage 61,430**<br>**KBB Private Party Value**<br>**Location: 4179 Crest Road, Pebble Beach CA 93953** | **C** | **17,665.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| | | | Sub-Total > (Total of this page) | **34,150.00** |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Robert Edward Hayner,**
      **Jane E Hayner**
,
                 Debtors

Case No. **11-51102 CN**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 34,000 Shares of Biobanc, Inc. | C | 100.00 |
| | | Shares of 1st Capital Bank | C | Unknown |
| | | 5 Units of Shares in Consolidated Leasing ($217,000.00) | C | 0.00 |
| | | 1 Unit of Shares in Alliance Sooner Trent ($138,600.00) | C | 0.00 |
| | | Shares in Bermuda Fund, L.P. ($71,000.00) | C | 0.00 |
| | | Social Security Benefits for Debtor and Joint Debtor | C | Unknown |
| | | Military Retirement Benefits | H | Unknown |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 100.00 |
| Total > | 92,814.36 |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy