Michael S. Sosnowski   (State Bar #062859)
150 Carmelito Avenue, Suite 200
P.O. Box 2167
Monterey, California 93942-2167
Telephone:  (831) 657-1240
Fax:  (831) 657-1244

Attorney for Secured Creditor,
Monterey County Bank

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

   ROBERT EDWARD HAYNER, dba
Cordbanc USA, dba BioBancUSA a
corporation, dba BioBancUSA, Corp. and
JANE E. HAYNER
                                    Debtors

Case No. 11-51102 CN
RS No. MSS - 001

Chapter 7

Date:           May 4, 2011
Time:           2:00 p. m.
Courtroom:      3070
Place:          280 South First Street
                San Jose, CA

### DECLARATION OF LINDA FERNANDEZ IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY
[11 U.S.C. §362(d), 11 U.S.C. and §362(d)(1)]

I, Linda Fernandez declare as follows:

1.   I am employed by Monterey County Bank ("Movant") as a vice president and am responsible for overseeing collection of the Moving Party's delinquent and non-performing SBA loans.  I have personal knowledge of the loan and loan documents that are the subject of this declaration and stay relief motion.

2.   On or about September 12, 2006 Movant made a $500,000 purchase money loan to debtor BioBancUSA evidenced by a promissory note signed a copy of which is attached hereto as

DECLARATION OF LINDA FERNANDEZ
IN SUPPORT OF MOTION FOR STAY RELIEF

1

exhibit "A". Under the terms of the loan debtor was obligated to make payments of $10,438.95 per month commencing on October 12, 2006 and continuing for 59 months thereafter. Interest accrues at the rate of 9.25%.

3. When debtor executed the promissory note and as a part of the same transaction for the purpose of securing the loan, debtor executed and delivered to Movant a Commercial Security Agreement granting Movant a security interest in certain plasma storage equipment described as BioArchive HD9139 and AXP kit AX0089DS5035 and proceeds thereof which are located at 5 Lower Ragsdale Drive Monterey, California and proceeds thereof. A copy of said Commercial Security Agreement is attached as exhibit "B". Movant perfected its security interest by filing a Financing Statement with the California Secretary of State on September 13, 2006 a copy of which is attached as exhibit "C".

4. On or about February 4, 2011 Debtors filed a chapter 7 bankruptcy petition.

5. Debtor, BioBancUSA defaulted on Movant's $500,000.00 loan by failing to make the monthly installments falling due on July 12, 2010 and thereafter and here is now due principal in the sum of $164,159.21 plus accrued late charges of $3,653.58. Attached hereto as exhibit "D" is a current loan report for Movant's $500,000.00 loan.

6. At all times herein mentioned, the promissory note and security agreement has been, and now are, in effect in accordance with their terms. At all times herein mentioned, Movant has been, and now is, the sole holder and owner of the promissory note and the lien and all other beneficial rights under the security agreement.

7. That based on an April 1, 2011 appraisal I am informed and believe that the fair market value of the plasma storage equipment in which Movant has a security interest is $230,000. A copy of the appraisal is attached as exhibit "E".

//
//
//
//

**DECLARATION OF LINDA FERNANDEZ**
**IN SUPPORT OF MOTION FOR STAY RELIEF**

2

8. That the public record discloses the following liens filed under debtor, BioBancUSA's name:

| FILING DATE | LIEN HOLDER | LIEN AMOUNT |
|---|---|---|
| 9.13.2006 | Monterey County Bank – UCC | $167,813.00 |
| 7.13.2009 | IRS Tax Lien | $123,124.00 |
| 10.16.2009 | State Tax Lien | $23,996.00 |
| 2.9.2010 | Mering Carson Judgment Lien | $31,906.00 |
| 5.10.2010 | IRS Tax Lien | $13,287.00 |
| | TOTALS | $360,126.00 |

9. Moving Party has been compelled to engage counsel to pursue this motion for relief and is pursuant to the terms of its promissory note and security agreement entitled to recover its attorneys' fees and costs.

I declare under penalty of perjury that the foregoing is, to the best of my knowledge, true and correct and if called to testify, I would be competent to do so.

Executed this 6 day of April 2011 at Monterey, California

/s/Linda Fernandez_____
Linda Fernandez

**DECLARATION OF LINDA FERNANDEZ**
**IN SUPPORT OF MOTION FOR STAY RELIEF**

3