EXHIBIT D

COMMERCIAL 9451720001            MONTEREY COUNTY BANK            2/14/2011 4:30:04 PM
Printed by: VICKI BRADFORD                                        Reporting Institution: 12

### Note 9451720001 - BIOBANCUSA

|  | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] BIOBANCUSA<br>5 LOWER RAGSDALE DR., STE 100<br>MONTEREY CA 93940 | * |  | ********** | ********** |

Additional Relationships
Tax Name: [1] BIOBANCUSA

### Loan To Date

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Sep 12, 2006 | Original Rate | Interest Rate: | 9.2500% |  |  |
| Sep 12, 2006 | Principal Advance (Client-Defined) | $500,000.00 | $500,000.00 |  | $500,000.00 |
| Oct 16, 2006 | Payment - Extra To Principal | $10,438.98 | $6,637.62 | $3,801.36 | $493,362.38 |
| Nov 10, 2006 | Payment - Extra To Principal | $10,438.95 | $6,556.29 | $3,882.66 | $486,806.09 |
| Dec 18, 2006 | INTERNET BANKING LOAN PAYMENT TO 3015114 ON 12/18/06 AT 12:56 | $10,438.95 | $6,741.22 | $3,697.73 | $480,064.87 |
| Jan 22, 2007 | Automatic Late Charge | $521.94 |  |  | $480,064.87 |
| Jan 25, 2007 | INTERNET BANKING LOAN PAYMENT TO 3015114 ON 1/25/07 AT 12:17 | $10,438.95 | $6,657.24 | $3,781.71 | $473,407.63 |
| Jan 31, 2007 | Late Charge Waive (Manual) | $521.94 |  |  | $473,407.63 |
| Feb 20, 2007 | Transfer to Note 9451720001 | $10,438.95 | $6,697.85 | $3,741.10 | $466,709.78 |
| Mar 22, 2007 | Payment - Extra To Principal | $10,438.95 | $7,113.65 | $3,325.30 | $459,596.13 |
| Apr 19, 2007 | Payment - Extra To Principal | $10,438.95 | $6,810.26 | $3,628.69 | $452,785.87 |
| May 22, 2007 | Payment - Extra To Principal | $10,438.95 | $6,984.46 | $3,454.49 | $445,801.41 |
| Jun 22, 2007 | Payment - Extra To Principal | $10,438.95 | $6,918.97 | $3,519.98 | $438,882.44 |
| Jun 22, 2007 | Automatic Late Charge | $521.94 |  |  | $438,882.44 |
| Jun 25, 2007 | Late Charge Waive (Manual) | $521.94 |  |  | $438,882.44 |
| Jul 20, 2007 | INTERNET BANKING LOAN PAYMENT TO 3015114 ON 7/20/07 AT 15:37 | $10,438.95 | $7,084.71 | $3,354.24 | $431,797.73 |
| Aug 22, 2007 | INTERNET BANKING LOAN PAYMENT TO 3015114 ON 8/22/07 AT 15:30 | $10,438.95 | $7,032.32 | $3,406.63 | $424,765.41 |
| Sep 21, 2007 | INTERNET BANKING LOAN PAYMENT TO 3015114 ON 9/21/07 AT 14:04 | $10,438.95 | $7,084.10 | $3,354.85 | $417,681.31 |
| Oct 22, 2007 | Payment - Extra To Principal | $10,438.95 | $7,247.27 | $3,191.68 | $410,434.04 |
| Nov 21, 2007 | Payment - Extra To Principal | $10,438.95 | $7,196.15 | $3,242.80 | $403,237.89 |
| Dec 20, 2007 | Transfer to Note 9451720001 | $10,438.95 | $7,356.83 | $3,082.12 | $395,881.06 |
| Jan 22, 2008 | Principal Payment | $7,313.93 | $7,313.93 |  | $388,567.13 |
| Jan 22, 2008 | Interest Payment | $3,125.02 |  | $3,125.02 | $388,567.13 |
| Jan 22, 2008 | Automatic Late Charge | $521.94 |  |  | $388,567.13 |
| Jan 31, 2008 | Late Charge Waive (Manual) | $521.94 |  |  | $388,567.13 |
| Feb 22, 2008 | Principal Payment | $7,328.84 | $7,328.84 |  | $381,238.29 |
| Feb 22, 2008 | Interest Payment | $3,110.11 |  | $3,110.11 | $381,238.29 |
| Mar 21, 2008 | Payment - Extra To Principal | $10,438.95 | $7,657.48 | $2,781.47 | $373,580.81 |
| Apr 22, 2008 | Payment - Extra To Principal | $10,438.95 | $7,486.57 | $2,952.38 | $366,094.24 |
| May 22, 2008 | Automatic Late Charge | $521.94 |  |  | $366,094.24 |
| May 23, 2008 | Late Charge Waive (Manual) | $521.94 |  |  | $366,094.24 |
| May 23, 2008 | Payment - Extra To Principal | $10,438.95 | $7,636.67 | $2,802.28 | $358,457.57 |
| Jun 23, 2008 | Automatic Late Charge | $521.94 |  |  | $358,457.57 |

```
COMMERCIAL 9451720001           MONTEREY COUNTY BANK           2/14/2011 4:30:04 PM
Printed by: VICKI BRADFORD                                     Reporting Institution: 12
```

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Jun 24, 2008 | Payment - Extra To Principal | $10,438.95 | $7,601.57 | $2,837.38 | $350,856.00 |
| Jun 25, 2008 | Late Charge Waive (Manual) | $521.94 | | | $350,856.00 |
| Jul 22, 2008 | Payment - Extra To Principal | $10,438.95 | $7,748.36 | $2,690.59 | $343,107.64 |
| Aug 22, 2008 | Automatic Late Charge | $521.94 | | | $343,107.64 |
| Sep 22, 2008 | Automatic Late Charge | $521.94 | | | $343,107.64 |
| Sep 30, 2008 | Late Charge Payment | $521.94 | | | $343,107.64 |
| Sep 30, 2008 | Principal Payment | $7,743.45 | $7,743.45 | | $335,364.19 |
| Sep 30, 2008 | Principal Payment | $7,804.57 | $7,804.57 | | $327,559.62 |
| Sep 30, 2008 | Interest Payment | $2,634.38 | | $2,634.38 | $327,559.62 |
| Sep 30, 2008 | Interest Payment | $2,695.50 | | $2,695.50 | $327,559.62 |
| Oct 22, 2008 | Late Charge Payment | $521.94 | | | $327,559.62 |
| Oct 22, 2008 | Principal Payment | $6,966.80 | $6,966.80 | | $320,592.82 |
| Oct 22, 2008 | Interest Payment | $3,472.15 | | $3,472.15 | $320,592.82 |
| Oct 22, 2008 | Automatic Late Charge | $521.94 | | | $320,592.82 |
| Oct 24, 2008 | Late Charge Waive (Manual) | $521.94 | | | $320,592.82 |
| Nov 24, 2008 | Automatic Late Charge | $521.94 | | | $320,592.82 |
| Nov 25, 2008 | Payment - Extra To Principal | $10,438.95 | $8,732.79 | $1,706.16 | $311,860.03 |
| Dec 22, 2008 | Automatic Late Charge | $521.94 | | | $311,860.03 |
| Dec 29, 2008 | Payment - Extra To Principal | $11,482.83 | $5,589.17 | $4,849.78 | $306,270.86 |
| | Late Charge: | $1,043.88 | | | |
| Jan 22, 2009 | Principal Payment | $9,682.62 | $9,682.62 | | $296,588.24 |
| Jan 22, 2009 | Interest Payment | $756.33 | | $756.33 | $296,588.24 |
| Feb 23, 2009 | Payment - Extra To Principal | $10,438.95 | $8,860.54 | $1,578.41 | $287,727.70 |
| Mar 23, 2009 | Automatic Late Charge | $521.94 | | | $287,727.70 |
| Apr 22, 2009 | Automatic Late Charge | $521.94 | | | $287,727.70 |
| May 15, 2009 | Payment - Extra To Principal | $10,438.95 | $3,924.62 | $6,514.33 | $283,803.08 |
| May 16, 2009 | Rate Change | Interest Rate: | 14.2500% | | |
| May 22, 2009 | Automatic Late Charge | $521.94 | | | $283,803.08 |
| Jun 19, 2009 | Late Charge Payment | $521.94 | | | $283,803.08 |
| Jun 19, 2009 | Payment - Extra To Principal | $10,438.95 | $7,156.68 | $3,282.27 | $276,646.40 |
| Jun 22, 2009 | Automatic Late Charge | $521.94 | | | $276,646.40 |
| Jul 02, 2009 | Payment - Extra To Principal | $10,438.95 | $7,179.22 | $3,259.73 | $269,467.18 |
| Jul 22, 2009 | Automatic Late Charge | $521.94 | | | $269,467.18 |
| Jul 31, 2009 | Payment - Extra To Principal | $10,960.89 | $7,205.69 | $3,233.26 | $262,261.49 |
| | Late Charge: | $521.94 | | | |
| Aug 24, 2009 | Automatic Late Charge | $521.94 | | | $262,261.49 |
| Sep 02, 2009 | Payment - Extra To Principal | $10,960.89 | $7,298.64 | $3,140.31 | $254,962.85 |
| | Late Charge: | $521.94 | | | |
| Sep 22, 2009 | Automatic Late Charge | $521.94 | | | $254,962.85 |
| Oct 22, 2009 | Automatic Late Charge | $521.94 | | | $254,962.85 |
| Oct 26, 2009 | Payment - Extra To Principal | $10,960.89 | $7,481.23 | $2,957.72 | $247,481.62 |
| | Late Charge: | $521.94 | | | |
| Nov 23, 2009 | Automatic Late Charge | $521.94 | | | $247,481.62 |
| Dec 02, 2009 | Payment - Extra To Principal | $10,438.95 | $4,504.28 | $5,934.67 | $242,977.34 |
| Dec 22, 2009 | Automatic Late Charge | $521.94 | | | $242,977.34 |
| Jan 20, 2010 | Payment - Extra To Principal | $10,438.95 | $7,515.84 | $2,923.11 | $235,461.50 |
| Jan 22, 2010 | Automatic Late Charge | $521.94 | | | $235,461.50 |

Case: 11-51102   Doc# 20-4   Filed: 04/07/11   Entered: 04/07/11 09:55:46   Page 3 of 4

| COMMERCIAL 9451720001 | | MONTEREY COUNTY BANK | | 2/14/2011 4:30:04 PM | |
| --- | --- | --- | --- | --- | --- |
| Printed by: VICKI BRADFORD | | | | Reporting Institution: 12 | |
| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
| Feb 22, 2010 | Automatic Late Charge | $521.94 | | | $235,461.50 |
| Feb 23, 2010 | Payment - Extra To Principal | $10,438.95 | $7,565.76 | $2,873.19 | $227,895.74 |
| Mar 01, 2010 | Payment - Extra To Principal | $10,438.95 | $7,915.22 | $2,523.73 | $219,980.52 |
| Mar 01, 2010 | Payment - Extra To Principal | $10,438.95 | $10,438.95 | $0.00 | $209,541.57 |
| Mar 22, 2010 | Automatic Late Charge | $521.94 | | | $209,541.57 |
| Mar 29, 2010 | Payment - Extra To Principal | $10,438.95 | $10,438.95 | $0.00 | $199,102.62 |
| Apr 09, 2010 | Payment - Extra To Principal | $10,438.95 | $8,038.82 | $2,400.13 | $191,063.80 |
| Apr 22, 2010 | Automatic Late Charge | $521.94 | | | $191,063.80 |
| May 03, 2010 | Payment - Extra To Principal | $10,439.59 | $8,210.56 | $2,228.39 | $182,853.24 |
| | Late Charge: | $0.64 | | | |
| May 24, 2010 | Automatic Late Charge | $521.94 | | | $182,853.24 |
| Jun 22, 2010 | Automatic Late Charge | $521.94 | | | $182,853.24 |
| Jun 25, 2010 | Payment - Extra To Principal | $10,438.95 | $8,254.78 | $2,184.17 | $174,598.46 |
| Jun 25, 2010 | Payment - Extra To Principal | $10,438.95 | $10,438.95 | $0.00 | $164,159.51 |
| Jul 22, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Aug 23, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Sep 22, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Oct 22, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Nov 22, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Dec 22, 2010 | Automatic Late Charge | $521.94 | | | $164,159.51 |
| Jan 24, 2011 | Automatic Late Charge | $521.94 | | | $164,159.51 |