EXHIBIT E



# Machinery and Equipment Summary Appraisal Report

Appraisal conducted for:

**Monterey County Bank**
**Ms. Linda Fernandez, Vice President, Credit Administrator**

601 Munros Avenue
Monterey, CA 93942

Appraisal Report by:

Jeff Anderson, ASA
Anderson Valuation, Inc.

**Appraisal Effective Date as of March 29, 2011**

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

Case: 11-51102　Doc# 20-5　Filed: 04/07/11　Entered: 04/07/11 09:55:46　Page 2 of 11

**Table of Contents:**

| Section: | Page: |
|---|---|
| Client | 4 |
| Introduction / Purpose of Appraisal | 4 |
| Appraiser Qualifications | 4 |
| Intended Use | 4 |
| Intended Users | 4 |
| Effective Date of Appraisal | 4 |
| Type of Report | 5 |
| Definition of Values | 5 |
| Scope of Work / Equipment Included in Scope | 5 |
| Relevant Characteristics of Subject Equipment | 5 |
| Equipment Excluded from Scope of Work | 5 |
| Ownership Interest Appraised | 6 |
| Highest and Best Use | 6 |
| Research Methods | 6 |
| Valuation Approaches | 6 |
| Known Restrictions, Encumbrances or Items of Similar Nature | 7 |
| Real Property or Intangible Property Appraised | 7 |
| Extraordinary Assumptions | 7 |
| Hypothetical Conditions | 7 |
| Leased Property and any Effect on Value | 8 |
| Proposed Modifications to the Subject Property | 8 |
| Summary and Reconciliation | 8 |
| Final Opinion of Value | 8 |
| Certification | 9 |
| Appraiser Qualifications | 10 |
| General Assumptions and limiting Conditions | 11 |
| Addendum 1 - Equipment list - Monterey County Bank | 12 |



ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

Page 3 of 11

Case: 11-51102   Doc# 20-5   Filed: 04/07/11   Entered: 04/07/11 09:55:46   Page 3 of 11

April 1, 2011

**Client:**
Ms. Linda Fernandez
Vice President, Credit Administrator
Monterey County Bank
601 Munros Avenue
Monterey, CA 93942

**Introduction / Purpose of Appraisal:**
Anderson Valuation, Inc. is a machinery and equipment appraisal company near San Diego, California. We have been engaged by Monterey County Bank (the Client) to conduct an appraisal of certain machinery and equipment as described herein. We have prepared this Machinery and Equipment Appraisal Report which will summarize the scope and methodology of the project as well as our opinion of value.

The subject equipment is currently owned by Biobanc USA, and is located in Monterey, California. The subject equipment is used as collateral in a defaulted loan made by Monterey County Bank. The purpose of this appraisal is to assist the client in considering a potential sale of the subject equipment. At the conclusion of the report we will provide an opinion of "Fair Market Value" of the subject equipment.

**Appraiser Qualifications:**
Jeff Anderson, ASA is President and Senior Appraiser for Anderson Valuation, Inc. and performed this appraisal. The appraiser's background and experience are as a machinery and equipment appraiser from 1993 to present date. He is a member of the American Society of Appraisers and has completed all the education and experience required to attain the highest level of certification in the equipment appraisal field – Accredited Senior Appraiser. As such, Jeff Anderson, ASA is qualified to make appraisals of the type of property being valued.

**Intended Use:**
This appraisal report is provided to Ms. Linda Fernandez of Monterey County Bank and is intended to be used to assist Monterey County Bank in considering a potential sale of the subject equipment. There are no other intended uses for this report.

**Intended Users:**
Ms. Linda Fernandez and Monterey County Bank are the intended users of this report. There are no other intended users of this report.

**Effective Date of Appraisal:**
The effective date of this appraisal report is March 29, 2011. Opinions of value within this report are as of that date.

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**Type of Report:**
This is a Complete, Summary Appraisal Report. The report will:
- Identify the property appraised
- State the purpose of the appraisal
- Specify the appraisal date
- Define the level of value sought and the premise of value employed
- Describe the nature of the property included in and excluded from the appraisal
- Discuss the appraisal investigation
- Indicate the factual data considered
- Present the conclusions of value
- Outline the qualifying and limiting conditions
- Include the signature of an authorized officer of the Company

**Definition of Values:**
The appropriate value to be used for the purpose of this assignment is "Fair Market Value". The American Society of Appraisers defines Fair Market Value as follows:

> **"Fair Market Value"** is an opinion expressed in terms of money, at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts, as of a specific date.

**Scope of Work:**
**Equipment Included in Scope of Work (Subject Equipment):**
The equipment subject to the appraisal includes two line items as listed on the attached spreadsheet titled "Addendum 1 - Equipment List - Monterey County Bank". The subject equipment is used in a stem cell / blood cell storage business. The equipment is owned by Biobanc USA as of March 29, 2011 and is located at Biobanc USA in Monterèy, California.

**Relevant Characteristics of Subject Equipment:**
The subject equipment is listed on the "Addendum 1 - Equipment List - Monterey County Bank" attached to this report. Relevant characteristics such as the item description, quantity, manufacturer, model number, serial number, normal useful life, age, condition, accessories and Fair Market Value are noted for each item when available.

**Equipment Excluded from Scope of Work:**
Blood cells and stems cells stored within the subject equipment are not included in the scope of this appraisal. All land, real property, buildings and structures are excluded from the scope of this appraisal. Any machinery or equipment not previously mentioned is excluded from the scope of this appraisal. Also excluded from this report are any artwork, antiques, jewelry, raw materials, parts inventories, finished products for sale, intangible property, goodwill and the value of the collective business owned by Biobanc USA.

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

Page 5 of 11

Case: 11-51102  Doc# 20-5  Filed: 04/07/11  Entered: 04/07/11 09:55:46  Page 5 of 11

**Ownership Interest Appraised:**
Fee Simple ownership rights were appraised. The appraiser has been informed that the subject equipment is currently owned as of March 29, 2011 by Biobanc USA.

**Highest and Best Use:**
The highest and best use of the subject equipment is in the continued operation of a stem cell / blood cell storage business. Alternative uses for the equipment could be a sale with removal of the equipment for a similar use in another location.

**Research Methods:**
The appraiser did not physically inspect the subject equipment. Significant characteristics of each item were provided by Monterey County Bank including a description of the item, the quantity, manufacturer, model number, serial number, age, original cost, options, accessories and condition when such data was available. The appraiser inquired with Ms. Linda Fernandez about certain aspects of each item including location, age, condition, cost, photos and functionality. After collecting all data, the appraiser researched cost and market information to develop the opinion of value as of March 29, 2011.

**Valuation Approaches:**
All three recognized approaches to value were considered for this project (Cost, Sales Comparison and Income Approaches). The three approaches, as defined by the American Society of Appraisers are:

> **Cost Approach** – This approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility. When the subject asset is not new, the current cost new for the subject must be adjusted for all forms of depreciation and obsolescence as of the effective date of the appraisal.
>
> **Sales Comparison Approach** – This approach involves the comparison of comparable recent sales (or offerings) of similar assets to the subject. If the comparable sales are not exactly like the subject, adjustments must be made to the price of the comparable sales (or offerings). The adjustments may be either up or down in order to estimate what the comparable would have sold for if it had the same characteristics as the subject. This approach leads to an indication of the most probable selling price for the assets being appraised.
>
> **Income Approach** – This approach considers value in relation to the present worth of future benefits derived from ownership of the subject property. It is usually measured through the capitalization of a specific level of income.

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

Page 6 of 11

Case: 11-51102   Doc# 20-5   Filed: 04/07/11   Entered: 04/07/11 09:55:46   Page 6 of 11

In considering the Cost Approach to value, we determined that there was sufficient data available to employ the approach. Sources for this information include, but are not limited to historical purchase costs, purchase orders, cost databases, manufacturer's suggested retail price lists, manufacturers price quotes, used equipment dealers, bluebooks, internet price quotes and retail equipment catalogs. Since such information was available and deemed reliable, we decided to employ the Cost Approach for this appraisal and consider it in the final reconciliation of value.

In considering the Sales Comparison Approach to value, the appraiser determined that there is not an active resale market for the subject equipment. Sales comparison data was provided by the equipment manufacturer's Sales Representative. Since there is some data available to employ the Sales Comparison approach, this approach was used and considered in the final reconciliation of value.

In considering the Income Approach, we concluded that there is no way to accurately forecast the income associated with each item included in the appraisal. Due to the concern over reliability of income forecasts and the multiple variables used in the income approach, we did not employ the Income Approach or consider it in the final reconciliation of value.

### Known Restrictions, Encumbrances, Leases Covenants, Contracts, Declarations, Special Assessments, Ordinances or Items of Similar Nature:
There are no known restrictions, encumbrances, leases covenants, contracts, declarations, special assessments, ordinances or items of similar nature noted for this appraisal.

### Real Property or Intangible Property Appraised:
No real property or intangible property is included in the scope of this appraisal.

### Extraordinary Assumptions:
An Extraordinary Assumption was relied upon in this assignment. This is a desktop appraisal. The appraiser did not physically inspect the subject equipment. The extraordinary assumption is that the subject property did exist as of the effective date and that the data provided by Monterey County Bank is accurate. In order to conduct the appraisal at all, it was necessary for the appraiser to assume the subject property did exist. This assumption is required to properly develop credible opinions and conclusions in this assignment. After discussions with Ms. Linda Fernandez and review of the data provided and photos of the equipment, the appraiser believes there is a reasonable basis for the extraordinary assumption.

"Extraordinary Assumption" is defined by the American Society of Appraisers as an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions.

### Hypothetical Conditions:
No hypothetical conditions were noted or required for this appraisal.

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

### Leased Property and any Effect on Value:
None of the subject equipment was identified as leased. There is no effect on the value of the subject equipment.

### Proposed Modifications to the Subject Property:
There are no known proposed modifications to the subject property.

### Summary and Reconciliation:
**Cost Approach Total Values:**
    Fair Market Value:    $240,000.00 USD
    (Refer to the addendum for a detailed list of each item)

**Sales Comparison Approach Total Values:**
    Fair Market Value:    $230,000.00 USD
    (Refer to the addendum for a detailed list of each item)

**Income Approach Total Values:**
    Not Applicable.

The Cost Approach and Sales Comparison Approach to value were used in this appraisal. The Cost Approach provided the most reliable data and basis of value for this appraisal. Sales Comparison data was limited, but deemed reliable as it was provided by the equipment manufacturer's Sales Representative. There was insufficient reliable data available to employ the Income Approach and it was not used. Based upon the appraisal investigation and analysis, and the premises outlined above, our final opinion of value based on the Cost Approach and Sales Comparison Approach to value as of March 29, 2011 for purposes of assisting Monterey County Bank in considering a potential sale of the subject equipment is:

### Final Opinion of Value:
    **Fair Market Value range:**    <u>**$230,000.00 TO $240,000.00 USD**</u>

The appraisal report includes the following documents:

- This letter, which summarizes the appraisal procedures.
- A signed Certification from the Appraiser
- Appraiser's Qualifications / Curriculum Vitae
- A statement of assumptions and limiting conditions.
- Addendum 1 – Equipment List – Monterey County Bank

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**Certification**:

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the *Uniform Standards of Professional Appraisal Practice*.
- I have NOT made a personal inspection of the properties that are the subject of this report.
- No other person provided significant assistance to the person signing this certification.
- I have not provided any services with regard to the subject equipment in the last 3 years. I have not owned, sold, restored or appraised the subject equipment in the last 3 years.

Respectfully submitted,

*[signature]*

Anderson Valuation, Inc.
Jeff Anderson, ASA
Appraiser

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

Page 9 of 11

## Appraiser Qualifications / Curriculum Vitae

Jeff Anderson, ASA
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760) 458-7125    Email: jeff@andersonvaluationinc.com

**Work Experience:**

09/04 – present    Anderson Valuation, Inc., Fallbrook, CA. www.andersonvaluationinc.com
Owner/President. Machinery and Equipment appraisals. Municipal & Institutional building appraisals. Insurance and Fair Market Value appraisals. Cost Surveys.

02/93 – 02/05    MAXIMUS, Inc., Asset Management Division, San Diego, California
Vice President/Appraisal Services Manager, Western Region

Responsibilities included: Replacement Cost appraisals and original cost estimates of machinery, equipment, buildings and infrastructure assets; general management and supervision of as many as 100 appraisers nationwide; project scheduling & management; frequent communication with upper management, appraisers, clients, insurance brokers and auditors; on site fieldwork/data collection; development of standardized valuation procedures; quality control; report reviews; problem solving.

Experienced in serving many different clients including Cities, Counties, State governments, School Districts, Colleges, Universities, Risk Pools, Airports, Port Authorities, Housing Authorities, Insurance Companies, Manufacturing/Private Companies, Hospitals, Hotels, Casinos, Banks, Business Brokers, and Individuals.

**Education:**    University of Wisconsin - Madison
Bachelor of Business Administration degree. Majored in Finance. Coursework in Accounting, Finance, Real Estate, Management, Marketing and Communications.

American Society of Appraisers – Several courses on appraisal standards, ethics and machinery and equipment appraisals.

**Skills:**    Technical appraisal knowledge and over 18 years experience in providing appraisals of buildings, infrastructure assets, machinery and equipment.

**Professional Designations:**
American Society of Appraisers – Accredited Senior Appraiser (ASA), designation in Machinery and Technical Specialties / Machinery and Equipment valuation.

ANDERSON VALUATION, INC.

3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com

**General Assumptions and Limiting Conditions**

This appraisal report has been made with the following general assumptions and limiting conditions:

1. It is assumed that there are no hazardous substances on the subject property or on surrounding properties that would potentially adversely affect the value of the subject property. The analyses and value conclusions in this appraisal report are null and void should any such hazardous materials be discovered. We possess no expertise or qualifications for identifying hazardous materials. We assume no responsibility for investigating or arranging for competent engineering studies of the property to identify such hazardous materials.

2. The information furnished by others is believed to be reliable and has been confirmed with a knowledgeable party when possible. However, no warranty is given for its accuracy.

3. This appraisal is valid only for the function, which is stated herein. Any other use of, or reliance upon this report by you or third parties is invalid.

4. Liability of Anderson Valuation, Inc., and its employees for errors and omissions, if any, in this work is limited to the amount of its compensation for the work performed in this assignment.

All services provided by Anderson Valuation, Inc. are performed in accordance with the Uniform Standards of Professional Appraisal Practice. We have acted as an independent contractor and have no personal interest, either present or contemplated, in the subject property. We certify that no fee received, or to be received, or the employment of our services, is in any way contingent upon the opinion reported. All files, work papers or documents developed during the course of the assignment shall be our property. We will retain these data for at least five years.

We sincerely appreciate the opportunity to provide appraisal services to Monterey County Bank. If we can clarify any details or provide further insight into the project scope, please call us at 760-458-7125.

ANDERSON VALUATION, INC.
3467 Avocado Vista Lane, Fallbrook, CA 92028
Phone: (760)458-7125
Email: jeff@andersonvaluationinc.com