| | |
|---|---|
| 1 | Michael S. Sosnowski   (State Bar #062859) |
|   | 150 Carmelito Avenue, Suite 200 |
| 2 | P.O. Box 2167 |
|   | Monterey, California 93942-2167 |
| 3 | Telephone:  (831) 657-1240 |
|   | Fax:  (831) 657-1244 |

Attorney for Secured Creditor, Monterey County Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                            )   Case No. 11-51102 CN
                                                  )
    ROBERT EDWARD HAYNER, dba        )   RS No. MSS - 001
    Cordbanc USA, dba BioBancUSA a    )
    corporation, dba BioBancUSA, Corp. and )   Chapter 7
    JANE E. HAYNER                    )
                                                  )   NOTICE OF MOTION FOR RELIEF
                                  Debtors. )   FROM AUTOMATIC STAY
                                                  )
                                                  )   Date:  May 4, 2011
                                                  )   Time:  2:00 p.m.
                                                  )   Courtroom:  3070
                                                  )   280 S First Street San Jose, CA 95113
                                                  )
                                                  )
                                                  )
                                                  )

TO: ALL INTERSTED PARTIES

    NOTICE IS HEREBY GIVEN, that on May 4, 2011 at 2:00 p. m. before the Honorable Charles Novack, Judge of the United States Bankruptcy Court, in Courtroom No. 3070 located at 280 South First Street, San Jose, California moving party, Monterey County Bank will move the court for an order terminating the automatic stay provisions of 11 U.S.C. §362 in order to permit moving party to exercise its lien enforcement rights under a commercial security agreement described in the accompanying declaration of Linda Fernandez, and for attorneys' fees incurred herein or in the alternative for adequate protection.

    This motion is made on the grounds that moving party's loan is in default on moving party's

**NOTICE OF HEARING FOR**
**RELEIF FROM AUTOMATIC STAY**

1

loan. Moving Party also intends to seek adequate protection in the event the hearing on this motion is continued including a requirement that debtors reinstate all past arrearages and make all current payments.

Moving party seeks an Order terminating and vacating the Automatic Stay for all purposes as it pertains to Moving Party's enforcement of its commercial security agreement, including marshaling, taking possession of and selling its personal property security without the requirement of further notice except as required by the laws of the State of California.

Moving party also seeks attorney's fees and costs incurred in bringing this Motion. Moving party requests such fees pursuant to the promissory note and security agreements securing Moving party's claim or pursuant to 11 USC §506(b).

Moving Party also seeks an Order waiving the 10-day stay provided by Bankruptcy Rule 4001 (a)(3).

This Motion is based on these moving papers as well as the accompanying Declaration of Linda Fernandez.

PLEASE TAKE NOTICE THAT IF YOU INTEND TO OPPOSE THE RELIEF SOUGHT BY THIS MOTION YOU MUST EITHER APPEAR PERSONALLY OR HAVE YOUR ATTORNEY APPEAR ON YOU BEHALF.

Dated: April 6, 2011 /s/Michael S. Sosnowski
Michael S. Sosnowski
Attorney for, Monterey County Bank

**NOTICE OF HEARING FOR**
**RELEIF FROM AUTOMATIC STAY**