Duffy & Guenther, LLC
149 Bonifacio Place
Monterey CA 93940
(831) 649-5100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Chapter 7
                                              Case No. 11-51102
Hayner, Robert and Jane
                                              DEBTOR(S') DECLARATION REGARDING
                                              AMENDED SCHEDULES; CERTIFICATE
Debtor(s)_____/            OF SERVICE

I/We declare, under penalty of perjury, that I/we have read the amended schedule(s) consisting of pages, and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: 5-4-2011                  _____/24245_____
                                 Debtor

Dated: _____             _____
                                 Debtor

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 149 Bonifacio Place, Monterey, CA 93940. I served this DEBTOR(S') DECLARATION REGARDING AMENDED SCHEDULES and the amended schedules by first-class United States mail, postage pre-paid, at Monterey, California on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 7 Trustee will receive such notice upon the electronic filing of these documents. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 5/4/11                    _____

Rev. 2/05

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 11-51102<br>Northern District of California<br>San Jose<br>Wed May  4 12:11:02 PDT 2011 | Ascension Capital Group<br>PO BOX 201347<br>ARLINGTON, TX 76006-1347 | Monterey County Bank<br>P.O. Box 1309<br>Monterey, CA 93942-1309 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | ADT Security Services<br>Post Office Box 650485<br>Dallas, TX 75265-0485 | American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355-0701 |
| Bank Of America<br>Attn: Bankruptcy NC4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Birgit Ball Eisner<br>411 Kaelepulu Drive<br>Apt 160<br>Kailua, HI 96734-3309 |
| Brian D. Call<br>PO Box 791<br>Monterey, CA 93942-0791 | Brian D. Call, Esq.<br>500 Camino El Estero, Suite 200<br>Monterey, CA 93940-3259 | CHASE<br>POB 78035<br>Phoenix, AZ 85062-8035 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>3990 S Babcock St<br>Melbourne, FL 32901-8212 |
| Chase<br>9451 Corbin Avenue<br>Northridge, CA 91324-1665 | Chase<br>Home Equity Loan Servicing<br>Post Office Box 24714<br>Columbus, OH 43224-0714 | Chase<br>N54 W 13600 Woodale Dr<br>Mennomonee, WI 53051-7026 |
| Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase-pier1<br>Attn: Recovery<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Cpu/citi - Conoco Phillips Union<br>Attn:  Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Franchise Tax Board<br>Bankruptcy Personal Income Tax<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GEMB / Old Navy<br>Attention: GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/care Credit<br>Attn: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |

| | | |
|---|---|---|
| Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Hugh Wilson, M.D.<br>c/o Gerard Rose, Esq.<br>Post Office Box 6516<br>Carmel by the Sea, CA 93921-6516 |
| IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank, NA<br>c/o S. Blair Korschun<br>Ascension Capital Group, Inc.<br>PO Box 201347<br>Arlington, TX 76006-1347 | Jim and Sharon Swallow<br>Post Office Box 4975<br>Carmel by the Sea, CA 93921-4975 |
| Jon Giffen, Esq.<br>Kennedy, Archer & Harray<br>24591 Silver Cloud Court, Suite 200<br>Monterey, CA 93940-6545 | Joseph I. Sussman, P.C.<br>Attorneys at Law<br>132 West 31st Street, Suite 1502<br>New York, NY 10001-3438 | Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Law Offices of Patenaude & Felix A.P.C.<br>4545 Murphy Canyon Road, 3rd Floor<br>San Diego, CA 92123-4363 | Macys/fdsb<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Maggie Moratz<br>243 Foam Street<br>Monterey, CA 93940-1581 |
| Michael K. Larkin<br>c/o Roy C. Gunter, III<br>580 Calle Principal<br>Monterey, CA 93940-2812 | Monterey County Tax Collector<br>POB 891<br>Salinas, CA 93902-0891 | Monterey Peninsula Airport District<br>200 Fred Kane Drive<br>Suite 200<br>Monterey, CA 93940-5353 |
| Nelson & Kennard<br>Attorneys at Law<br>Post Office Box 13807<br>Sacramento, CA 95853-3807 | Nordstrom FSB<br>Attention: Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155-6555 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pacific Capital Bank<br>c/o Stephen Pearson, Esq.<br>Noland, Hamerly, Etienne & Hoss<br>POB 2510<br>Salinas, CA 93902-2510 | Pauline Reed<br>14636 Springer Court<br>Saratoga, CA 95070-5726 |
| Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 | Prefcustfurn<br>P.o. Box 94498<br>Las Vegas, NV 89193-4498 | Renasant Bank<br>c/o Gordon G. Fraser, Esq.<br>6501 Crown Blvd., Suite 200<br>San Jose, CA 95120-2903 |
| Salinas Valley Memorial Hospital<br>450 East Romie Lane<br>Salinas, CA 93901-4098 | Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 | Sentinel Printers, Inc.<br>912 Cedar Street<br>Santa Cruz, CA 95060-3891 |
| Shell Oil / Citibank<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Siskiyou County Tax Collector<br>311 Fourth Street, Room 108<br>Yreka, CA 96097-2984 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Talbots<br>175 Beal St<br>Hingham, MA 02043-1512 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Tim Liou<br>13650 (Unit 801)<br>Marina Del Rey, CA 90292 |
| Tnb-visa<br>Po Box 560284<br>Dallas, TX 75356-0284 | USAA Federal Savings Bank<br>10750 Mcdermott Fwy<br>San Antonio, TX 78288-1600 | Wayne & Margaret Mosher<br>6481 Mojave Drive<br>San Jose, CA 95120-5305 |
| Wfnnb/the Company Stor<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 | Zwicker & Associates, P.C.<br>Attorneys at Law<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Audrey Barris<br>P.O. Box 573<br>Pebble Beach, CA 93953-0573 |
| Jane E Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953-3052 | Ralph P. Guenther<br>Law Offices of Duffy and Guenther<br>149 Bonifacio Pl.<br>Monterey, CA 93940-2728 | Robert Edward Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953-3052 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>Po Box 5155<br>Norcross, GA 30091 | Hsbc Bank<br>Po Box 52530<br>Carol Stream, IL 60196 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Monterey County Bank<br>Po Box 1309<br>Monterey, CA 93942-1309 | End of Label Matrix<br>Mailable recipients   71<br>Bypassed recipients   1<br>Total   72 |

B6C (Official Form 6C) (4/10)

In re  **Robert Edward Hayner,**
       **Jane E Hayner**
                                                                         Case No. __**11-51102 CN**__
                                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(5) | 1,000.00 | 875,000.00 |
| 810 Meadow Valley Road, Mt. Shasta, CA | C.C.P. § 703.140(b)(5) | 1,000.00 | 350,000.00 |
| **Cash on Hand** <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(5) | 140.00 | 140.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Acct - Chase Bank | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| Checking Acct - Comerica Bank | C.C.P. § 703.140(b)(5) | 6,865.00 | 8,914.55 |
| Checking Acct - Monterey Credit Union | C.C.P. § 703.140(b)(5) | 230.00 | 230.00 |
| **Household Goods and Furnishings** <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| 810 Meadow Valley Road, Mt. Shasta, CA | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(4) <br> C.C.P. § 703.140(b)(5) | 1,425.00 <br> 775.00 | 2,200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Principal Insurance | C.C.P. § 703.140(b)(10)(E) | 34,579.81 | 34,579.81 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2005 BMW x5 - Mileage 61,430 <br> KBB Private Party Value <br> Location: 4179 Crest Road, Pebble Beach CA 93953 | C.C.P. § 703.140(b)(2) <br> C.C.P. § 703.140(b)(5) | 3,525.00 <br> 13,140.00 | 17,665.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 34,000 Shares of Biobanc, Inc. | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Social Security Benefits for Debtor and Joint Debtor | C.C.P. § 703.140(b)(10)(A) | 0.00 | Unknown |
| Military Retirement Benefits | C.C.P. § 703.140(b)(10)(B) | 0.00 | Unknown |
| | Total: | 70,779.81 | 1,296,829.36 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt
Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

Case: 11-51102   Doc# 25   Filed: 05/04/11   Entered: 05/04/11 13:28:59   Page 5 of 5