Michael S. Sosnowski   (State Bar #062859)
150 Carmelito Avenue, Suite 200
P.O. Box 2167
Monterey, California 93942-2167
Telephone:  (831) 657-1240
Fax:  (831) 657-1244

The following constitutes
the order of the court. Signed May 26, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

Attorney for Secured Creditor, Monterey County Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ROBERT EDWARD HAYNER, dba Cordbanc USA, dba BioBancUSA a corporation, dba BioBancUSA, Corp. and JANE E. HAYNER<br><br>Debtors. | Chapter 7<br><br>Case No. 11-51102 CN<br><br>RS No. MSS - 001<br><br>Date:   May 4, 2010<br>Time:   2:00 p.m.<br>Courtroom: 3020<br>Place:   280 S. First Street<br>         San Jose, CA |

### ORDER TERMINATING AUTOMATIC STAY

Moving Party, Monterey County Bank's Motion for relief from the automatic stay came on for hearing on May 4, 2010 at 2:00 p. m. before the Honorable Charles Novack. Michael S. Sosnowski appeared for Monterey County Bank, Ralph Guenther appeared on behalf of debtors and no appearance was made by the chapter 7 trustee.

The debtors not claiming an interest in the personal property equipment that is the subject of the motion;

IT IS HEREBY ORDERED:

1. That the automatic stay of §362(a) is terminated as to Moving Party, Monterey County Bank and its agents, successors and assigns as to its security interest in the equipment consisting of BioArchive HD9139 and AXP kit AX0089DS5035 and proceeds thereof which are or may be located at 5 Lower Ragsdale Drive Monterey, California and take all other steps necessary under California law to foreclose its security agreement.

2. ~~This Order shall be binding upon all parties to this proceeding and their heirs, successors and assigns;~~    CN

3. Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

Approved as to Form

DUFFY & GUENTHER

By /s/Ralph Guenther
Ralph Guenther
Attorneys for Debtor

END OF ORDER

# COURT SERVICE LIST ATTACHMENT

Bank of America
Attn: Bankruptcy NC4-105-03-14
PO box 26012
Greensboro, NC 27410

Bank of America
PO Box 17054
Wilmington, DE 19850

Capital One, N.A.
Bankruptcy Debt
PO Box 5155
Norcross, GA 30091

Chase
PO Box 15298
Wilmington, DE 19850

Discover Fin
PO Box 6103
Carol Stream, IL 60197

Gemb/care Credit
Attn: Bankruptcy
PO Box 103106
Roswell, GA 30076

Macys/fdsb
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Monterey Peninsula Airport District
200 Fred Kane Drive, Suite 200
Monterey, CA 93940

Nelson & Kennard
ATTORNEYS AT LAW
P.O. Box 13807
Sacramento, CA 95853

Sears/cbsd
701 East 60th St. N.
Sioux Falls, SD 57117

Sentinel Printers, Inc.
912 Cedar Street
Santa Cruz, CA 95060-3891

Talbots
175 Beal Street
Hingham, MA 02043

Tnb-visa
PO Box 560284
Dallas, TX 75356

USAA Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485

Cpu/citi – Conoco Phillips Union
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

Gemb/chevron
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

Kohls
Attn: Recovery Dept.
PO Box 3120
Milwaukee, WI 53201