1  DAVID A. PRENTICE, Bar No. 144690
   COTA COLE LLP
2  730 North I Street, Suite 204
   Madera, California 93637
3  Telephone:    (559) 675-9006
   Facsimile:    (559) 675-9050
4
5  DENNIS M. COTA, Bar No. 127992
   JAMES D. MAYNARD, Bar No. 244844
   COTA COLE LLP
6  2261 Lava Ridge Court
   Roseville, CA 95661
7  Telephone:    (916) 780-9009
   Facsimile:    (916) 780-9050
8
   Attorneys for Creditor
9  MONTEREY PENINSULA AIRPORT DISTRICT

**FILED**

**ORIGINAL**  JUN - 9 2011

CLERK
United States Bankruptcy Court
San Jose, California

10                 UNITED STATES BANKRUPTCY COURT

11            NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

12  In re                                  Chapter 7

13  ROBERT EDWARD HAYNER, dba BO           U.S. BANKRUPTCY COURT CASE NO.:
14  HAYNER, dba CORDBANC USA, dba          11-51102 CN7
    BIOBANCUSA, a corporation, dba
15  BIOBANCUSA, CORP; and JANE E.          **MOTION TO CONFIRM REJECTION OF**
    HAYNER,                                **UNEXPIRED NON-RESIDENTIAL LEASE**
16                                         **AND COMPEL SURRENDER OF**
               Debtors.                    **PREMISES**
17

18  Address:    4179 Crest Road
                Pebble Beach, CA 93953
19
20
21
22
23
24
25
26
27
28
    (JDM/00016238.4)

Case: 11-51102    Doc# 40    Filed: 06/02/11    Entered: 06/03/11 15:46:22    Page 1 of 4

TO THE HONORABLE CHARLES NOVAK, UNITED STATES BANKRUPTCY JUDGE:

Monterey Peninsula Airport District ("Airport"), through its counsel, hereby submits this Motion for Order Confirming Rejection of Unexpired Lease pursuant to 11 U.S.C. §§ 365 and 901 and Fed. R. Bankr. P. 6006 and 9014. The Airport is Creditor and Lessor of certain real property at 1401 North Road, Monterey, California ("Premises") and currently leases the Premises to Carmel Applied Technologies, Inc, a dba of Robert Hayner ("Debtor"). Airport, as Creditor and Lessor, respectfully requests this Court enter an order pursuant to 11 U.S.C. § 365 confirming the rejection of Debtor's lease by operation of law and compelling surrender of the Premises by Debtor.

## JURISDICTION AND VENUE

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

2. On February 4, 2011, Debtor commenced its reorganization case upon the filing of a petition for relief under Chapter 7 of the Bankruptcy Code.

3. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 385 and 901 and Fed. R. Bankr. P. 6006 and 9014.

4. Pursuant to this motion, Airport seeks payment of all past due rent and late fees due under the lease agreement from February 4, 2011, through and including the date of decision on this motion. Airport also seeks entry of an order, pursuant to 11 U.S.C. § 365, confirming Debtor's rejection of the lease and compelling surrender of the leasehold to Airport without the need for further state action.

5. Debtor failed to pay rent to the Airport for certain real property leased by Carmel Applied Technologies, Inc. from the Airport pursuant to a 2002 rental/lease agreement. (See Declaration of Jerry Merritt in Support of Motion to Confirm Rejection of Unexpired Lease and Compel Debtor's Surrender of Premises ["Merritt Decl."] accompanying this motion at ¶¶ 2-5 and

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

Case: 11-51102   Doc# 40   Filed: 06/02/11   Entered: 06/03/11 15:46:22   Page 2 of 4

COTA COLE LLP
2281 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

Exh. 1 [lease].) The lessee's obligations under the lease agreement are guaranteed by Robert Hayner, the company's principal and the Debtor in this action.

6.      Debtor has not paid rent since at least May 2009 (Merritt Decl., ¶¶ 2, 4 and Exh. 2 [pre-petition A/R]) and previously owed $9,527.45. Since the filing of the bankruptcy petition, an additional $1,532.00 in post-petition rent has become due. (Merritt Decl., ¶ 5 and Exh. 3 [post-petition A/R].)

7.      In recent weeks, Airport has sought to work with Debtor to resolve this matter but Debtor did not respond to Airport's calls, emails, and letters. (Merritt Decl., ¶ 6.)

8.      Because the bankruptcy estate failed to take express and affirmative steps to assume the lease, the lease is deemed rejected by operation of law. Airport now moves to confirm the lease rejection and asks this Court to compel Debtor to surrender the leasehold.

## RELIEF REQUESTED

9.      Airport seeks an order requiring the Debtor to timely perform all obligations under the lease, including the payment of all past-due rent which comes due between the date of the petition and the date the lease agreement is assumed or rejected, and allow fees to Airport's counsel for this motion. Alternatively, the Debtor cannot pay the full rent, Airport seeks an order compelling the Debtor to reject the lease agreement and immediately vacate the Premises.

## BASIS FOR RELIEF REQUESTED

10.      11 U.S.C. § 365(a) of the Bankruptcy Code allows the Court to compel Debtor's surrender of Premises by Debtor. The end of the 60-day period under 11 U.SC. § 365(d)(1) justifies the entry of an order finding that the lease agreement is rejected immediately and allowing the Airport to take immediately possession of the Premises.

11.      No prior motion for the relief requested herein as to the subject Agreements has been made to this Court.

WHEREFORE, a priority administrative claim should be entered in favor of Airport for $1,532.00, the current amount of post-petition rent owed Airport, and Debtor should be ordered to immediately surrender the premises. Alternately, Debtor may seek to cure the arrearage and

{JDM/00016238.4}

-2-

Case: 11-51102    Doc# 40    Filed: 06/02/11    Entered: 06/03/11 15:46:22    Page 3 of 4

continue with the lease agreement. Finally, Airport requests an unsecured claim in the amount of $9,527.45 be entered against the bankruptcy estate.

Dated: June 1, 2011

COTA COLE LLP

By: _____

Dennis M. Cota
David A. Prentice
James D. Maynard
Attorneys for Creditor
MONTEREY PENINSULA AIRPORT
DISTRICT

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

MOTION TO CONFIRM REJECTION OF UNEXPIRED NON-RESIDENTIAL LEASE & COMPEL SURRENDER OF PREMISES
Case No. 11-51102 CN7

Case: 11-51102    Doc# 40    Filed: 06/02/11    Entered: 06/03/11 15:46:22    Page 4 of 4