DAVID A. PRENTICE, Bar No. 144690
730 North I Street, Suite 204
Madera, California 93637
Telephone: (559) 675-9006
Facsimile: (559) 675-9050

DENNIS M. COTA, Bar No. 127992
JAMES D. MAYNARD, Bar No. 244844
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

Attorneys for Creditor
MONTEREY PENINSULA AIRPORT DISTRICT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| In re<br><br>ROBERT EDWARD HAYNER, dba BO HAYNER, dba CORDBANC USA, dba BIOBANCUSA, a corporation, dba BIOBANCUSA, CORP; and JANE E. HAYNER,<br><br>    Debtors.<br><br>Address: 4179 Crest Road<br>           Pebble Beach, CA 93953 | Chapter 7<br><br>U.S. BANKRUPTCY COURT CASE NO.: 11-51102 CN7<br><br>**DECLARATION OF JERRY MERRITT IN SUPPORT OF MOTION TO CONFIRM REJECTION OF UNEXPIRED LEASE AND COMPEL DEBTOR'S SURRENDER OF PREMISES** |

{JDM/00016254.}

I, Jerry Merritt, declare:

1. I am the Monterey Peninsula Airport District ("Airport") Controller and am in charge of the Airport's financial accounting. I have personal knowledge of the facts stated herein, and if called as a witness in this matter, I could and would competently testify to the following.

2. Hayner has not paid his commercial rent since May 2009.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of the lease agreement between Debtor and Airport.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of the pre-petition accounts receivable report detailing the pre-petition monies owed Airport by Debtor.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of the post-petition accounts receivable report detailing post-petition monies owed Airport by Debtor.

6. I have repeatedly tried to work with Hayner over the last two years to reach a mutually agreeable resolution to the rent arrearages but without success.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2011, in Monterey, California.

*/s/ Jerry Merritt*
Jerry Merritt, Controller

{JDM/00016254.}

# EXHIBIT 1

# MONTEREY PENINSULA AIRPORT DISTRICT
# RENTAL AGREEMENT

This Rental Agreement, hereinafter referred to as "Agreement", is entered into this __10th__ of __May__ 20 __08__ by and between the Monterey Peninsula Airport District, hereinafter referred to as "District" and __Carmel Applied Technologies, Ltd.__, hereinafter referred to as "Tenant".

1. **USE.** District hereby rents to Tenant outdoor storage space ("Premises") for the sole purpose of outdoor storage of materials and equipment associated with the general building trade. The following is strictly prohibited: (a) storage of hazardous materials and substances, (b) storage of petroleum products, (c) storage of inoperable vehicles, (d) repair of any equipment (including automobiles). Tenant understands that use is limited as specified above.

2. **PREMISES.** The premises are approximately __1,500__ square feet located on the North side of the Monterey Peninsula Airport, as described in yellow on Exhibit "A". Parking of work related vehicles is available within the Premises. Tenant understands that leakage of oil, gas, etc. from any vehicle stored within the Premises is prohibited.

3. **TERM.** This Agreement will continue from month to month until termination by either District or Tenant. Thirty (30) days advance written notice shall be required to terminate this Agreement.

4. **RENT.** Initial rent shall be $ __113.00__ per month, payable in advance on the first day of each month. The rent shall normally be adjusted on each July 1 ("Adjustment Date"), based on the Consumer Price Index (CPI), or other basis that may be established by District.

5. **UTILITIES.** The rental fee does not include utilities. Electricity, gas, water and sewage are not provided by the District. Trash disposal is Tenant responsibility.

6. **PLACE OF PAYMENT.** Rent shall be delivered to the following address: ATTN: Administration, Monterey Peninsula Airport District, 200 Fred Kane Drive, Suite #200, Monterey, California, 93940.

7. **LATE PAYMENTS AND CHARGES.** For rent not received by District prior to 5:00 p.m. on the 20th day of the month when due, Tenant shall pay a late charge of five percent (5%). Such unpaid amount shall bear interest from the due date to the date of payment at the rate of one percent (1%) per month.

8. **SECURITY DEPOSIT.** On execution of Agreement, Tenant shall deposit with District as security for performance of the terms and conditions of this Agreement, a sum equal to eight (8) months rent. District may adjust the security deposit requirement from time to time. District may use the deposit or any portion to cure default or compensate District for damages sustained from Tenant's default. Tenant shall on demand pay to District a sum equal to the deposit applied as provided in this paragraph to maintain the security deposit in the sum called for. Upon final accounting by District, any balance of deposit shall be refunded to Tenant without interest.

9. **MAINTENANCE AND REPAIR.** Minor maintenance to premises shall be the responsibility of Tenant, major items will be the responsibility of District. Decision as to classification of repairs will be made by District. Tenant has permission to make minor alterations to the area rented, subject to prior approval by District. If major alterations are made, Tenant would be required to restore premises to its original state on vacating premises or obtain permission from District to vacate the premises without restoration to the original state. Any proposed improvements/construction shall be subject to the prior approval of the District.

10. **INSPECTIONS.** Premises shall be subject to inspection by District for compliance with codes and regulations. Tenant shall make the premises available for such inspections upon reasonable notice.

11. **NOTIFICATION LETTER.** District will notify Tenant of future periodic rental increases based on the Consumer Price Index (CPI) by sending a Notification Letter stating the new rental fee(s) and date of commencement of the fee(s). An Amendment will not be used for the sole purpose of CPI rental adjustments.

12. **ASSIGNMENT AND SUBLETTING.** Assignment of this Agreement is prohibited. Without District's prior written consent which shall not unreasonably be withheld, Tenant (including without limitation any subtenant) shall not either voluntarily or by operation of law hypothecate or encumber this Agreement or any interest in this Agreement, permit the use of the premises by any person or persons other than Tenant or sublet the premises or any part thereof. Any transfer of this Agreement from Tenant by merger, consolidation, or liquidation, or the sale, conveyance, transfer by bequest or inheritance, or other transfer of a controlling interest in Tenant shall constitute an assignment for purposes of this Agreement. District's consent to a subletting shall not constitute a waiver of the necessity for such consent to a subsequent or further subletting, whether by Tenant or any subtenant. Tenant acknowledges that District may evaluate the potential impact of a subtenant's operations on noise, traffic, parking and other such factors in determining whether or not to give District's consent, and Tenant agrees that a denial of consent because of such concerns shall not be unreasonable.

13. **DEFAULT.** The following events shall be a default of this Agreement by the Tenant:

   a. Failure to pay rent due.
   b. Failure to perform or observe conditions or terms of Agreement.
   c. Filing by or against Tenant, a petition in bankruptcy or insolvency or for reorganization or for appointment of a receiver or trustee of all or any portion of Tenant's property if within thirty (30) days after the commencement of any such proceedings against Tenant or after such assignment for the benefit of creditors such petition shall not have been dismissed or such assignment shall not have been revoked;
   d. Transfer or attempted transfer of Tenant's interest in this Agreement.
   e. Vacating or abandoning the premises by Tenant.

14. **DISTRICT'S REMEDIES.** If Tenant is in default, District can terminate Tenant's right to possession of premises upon giving notice to Tenant. No act by District other than giving notice to Tenant shall terminate this Agreement. In the event of Tenant's default and District's re-entering of premises, Tenant agrees to pay District as an additional item of damages the cost of any repairs, alterations, or District's other expenses incurred in reletting the premises to a new Tenant.

15. **NOTICES.** Where notice is required by terms of this Agreement, notice shall be deemed complete upon personal service of written notice upon the party or parties to whom such notice is given or such notice may be given by prepaid U.S. first-class mail addressed to District at 200 Fred Kane Drive, Suite #200, Monterey, California, 93940 or addressed to Tenant at 4179 CREST RD PEBBLE BEACH CA 93953 and such notice shall be deemed complete upon deposit in the United States mail within the State of California.

16. **INDEMNITY.** Tenant hereby agrees to and shall indemnify and hold District harmless from all claims, demands, actions, damages, liability and expense in connection with or for loss of or damage to property or injury or death to any person from any cause while in, upon or about the premises or any such claims, demand arising from or out of any occurrence in, upon or at the premises from or in connection with the occupancy or use by Tenant of the premises or from or in connection with the use by Tenant of premises or occasioned wholly or in part by any act or omission of Tenant, its agents, contractors, employees or licensees.

17. **INSURANCE.** Tenant shall maintain a broad form comprehensive coverage policy of public liability insurance protecting both Tenant and District from claims of bodily injury and property damage which may arise out of Tenant's occupancy and use of the premises or which may arise as a result of any or all of Tenant's activities on, to or from the premises under authority hereof. Such insurance shall include bodily injury and property damage limits of not less than Five Hundred Thousand Dollars ($500,000) combined single limits. Policy shall name District as an

Case: 11-51102   Doc# 41   Filed: 06/02/11   Entered: 06/03/11 15:48:33   Page 5 of 12

additional insured. Insurance shall be with a company or companies satisfactory to District in the amounts of not less than that specified herein or in minimum amounts as may be subsequently adjusted by District in the exercise of its reasonable business judgment. Tenant shall during the term of this Agreement, provide District with a certificate from the carrier insuring District and Tenant as set forth herein. Policy shall not be subject to cancellation except after notice to District by registered mail at least thirty (30) days prior to such cancellation. Where policies have expirations during the term of this Agreement written evidence of renewal shall be furnished to District at least thirty (30) days prior to expiration.

18. **COMPLIANCE WITH GOVERNMENTAL REQUIREMENTS.** Tenant shall comply with all rules and regulations, ordinances, statutes and laws of all county, state, federal and other governmental authorities, now or hereafter in effect pertaining to the Airport, the premises, or Tenant's use thereof.

19. **HAZARDOUS SUBSTANCE AND WASTE.** Tenant shall comply with all laws regarding hazardous substances and wastes relative to occupancy and use of the premises. Hazardous substances and wastes located on the premises or Airport by Tenant, Tenant shall be liable and responsible for:

    a. removal of any such substances and wastes,
    b. costs associated with storage or use of hazardous substances,
    c. any damages to persons, property and the premises or Airport,
    d. any claims resulting therefrom,
    e. any fines imposed by any governmental agency,
    f. any other liability as provided by law,
    g. reporting any release of hazardous materials to District.

20. **ACCESS CONTROL.** For areas of the Airport to which Tenant enjoys access not shared by all members of the public, Tenant shall comply with access control requirements of section 107 of Title 14 of the Code of Federal Regulations; and Tenant shall be required to pay any and all civil penalties imposed by the FAA on District in the event that Tenant fails to carry out any such security requirements.

21. **ENVIRONMENTAL REQUIREMENTS.** Tenant's use of premises shall comply with the Airport District General Storm Water Discharge Permit, Federal Water Pollution Control Act, National Pollutant Discharge Elimination Permit and the Monterey Peninsula Airport District Storm Water Prevention Plan.

22. **RULES AND REGULATIONS.** Tenant agrees to abide by District Ordinances and Regulations appropriate Federal Aviation Regulations (FAR's) and conform to reasonable directives by Airport Management and acknowledges receipt of District Ordinance Nos. 230, 242, 266, 295 and 623.

23. **ATTORNEYS' FEES.** In event of action at law or in equity between District and Tenant arising out of this Agreement or any right or obligation derived herefrom, then in addition to all other relief at law or in equity, the prevailing party shall be entitled to recover from the unsuccessful party all attorneys' fees and costs incurred by the prevailing party.

24. **POSSESSORY TAXES.** Tenant shall be solely responsible for the payment of possessory interest taxes as might be levied by the County of Monterey. _____ (initial here)

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates below indicated.

DISTRICT:

Date: 5/10/02

TENANT:

Date: 10 MAY 2002

Mailing Address: 4179 CREST RD PEBBLE BEACH CA 93953

Physical Address: SAME

Telephone Number: (831) 625-5161

MONTEREY PENINSULA AIRPORT DISTRICT

By: _____
Denis R. Horn
General Manager

By: _____

**CONTACT PERSON**
Robert Haynor

**EMERGENCY CONTACT PERSON**
Bill Cook

**PHONE NUMBER**
625-5161

**EMERGENCY PHONE NUMBER**
655-4339

C:\Data\WP_AGMTS\Outdoor Storage\OS_AGMT.WPD

4

Case: 11-51102   Doc# 41   Filed: 06/02/11   Entered: 06/03/11 15:48:33   Page 7 of 12



Monterey Peninsula Airport District
Outdoor Storage Area
1401 North Road

Exhibit "A" not to scale (dimensions are approximate) 5/1/02

EXHIBIT 2

Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 03/05/2011

MONTEREY PENINSULA AIRPORT DISTRICT (MRY)

Division Number: 00 MAIN DIVISION

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Job Number | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAYNER | ROBERT HAYNER | | | Contact | | | Phone: (831) 646-2262 | | | | | |
| 4/1/2009 | 0074185-IN | 4/20/2009 | | | 0.00 | 2.95 | 0.00 | 0.00 | 0.00 | 0.00 | 2.95 | 688 |
| 4/24/2009 | 0074785-FC | 5/20/2009 | | | 0.00 | 84.50 | 0.00 | 0.00 | 0.00 | 0.00 | 84.50 | 658 |
| 5/1/2009 | 0074587-IN | 5/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 658 |
| 5/22/2009 | 0075113-FC | 6/20/2009 | | | 0.00 | 68.25 | 0.00 | 0.00 | 0.00 | 0.00 | 68.25 | 627 |
| 6/1/2009 | 0074886-IN | 6/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 627 |
| 6/30/2009 | 0075462-FC | 7/20/2009 | | | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 597 |
| 7/1/2009 | 0075261-IN | 7/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 597 |
| 7/28/2009 | 0075795-FC | 8/20/2009 | | | 0.00 | 75.75 | 0.00 | 0.00 | 0.00 | 0.00 | 75.75 | 566 |
| 8/1/2009 | 0075563-IN | 8/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 566 |
| 8/26/2009 | 0076105-FC | 9/20/2009 | | | 0.00 | 79.50 | 0.00 | 0.00 | 0.00 | 0.00 | 79.50 | 535 |
| 9/1/2009 | 0075908-IN | 9/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 535 |
| 9/25/2009 | 0076433-FC | 10/20/2009 | | | 0.00 | 83.25 | 0.00 | 0.00 | 0.00 | 0.00 | 83.25 | 505 |
| 10/1/2009 | 0076281-IN | 10/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 505 |
| 10/23/2009 | 0076745-FC | 11/20/2009 | | | 0.00 | 87.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87.00 | 474 |
| 11/1/2009 | 0076658-IN | 11/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 474 |
| 11/24/2009 | 0077119-FC | 12/20/2009 | | | 0.00 | 90.75 | 0.00 | 0.00 | 0.00 | 0.00 | 90.75 | 444 |
| 12/1/2009 | 0076925-IN | 12/20/2009 | | | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 444 |
| 12/23/2009 | 0077440-FC | 1/20/2010 | | | 0.00 | 94.50 | 0.00 | 0.00 | 0.00 | 0.00 | 94.50 | 413 |
| 1/1/2010 | 0077247-IN | 1/20/2010 | | | 0.00 | 447.00 | 0.00 | 0.00 | 0.00 | 0.00 | 447.00 | 413 |
| 2/1/2010 | 0077550-IN | 2/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 382 |
| 3/1/2010 | 0077858-IN | 3/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 354 |
| 4/1/2010 | 0078175-IN | 4/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 323 |
| 5/1/2010 | 0078501-IN | 5/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 293 |
| 6/1/2010 | 0078781-IN | 6/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 262 |
| 7/1/2010 | 0079315-IN | 7/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 232 |
| 8/1/2010 | 0079629-IN | 8/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 201 |
| 9/1/2010 | 0079938-IN | 9/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 170 |
| 10/1/2010 | 0080263-IN | 10/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.00 | 140 |
| 11/1/2010 | 0080577-IN | 11/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 383.00 | 0.00 | 109 |
| 12/1/2010 | 0080904-IN | 12/20/2010 | | | 0.00 | 383.00 | 0.00 | 0.00 | 383.00 | 0.00 | 0.00 | 79 |
| 1/1/2011 | 0081224-IN | 1/20/2011 | | | 0.00 | 383.00 | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 48 |
| 2/1/2011 | 0081529-IN | 2/20/2011 | | | 0.00 | 383.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17 |
| 3/1/2011 | 0082487-IN | 3/20/2011 | | | 0.00 | 383.00 | | | | | | |
| | | | | Customer HAYNER Totals: | 0.00 | 9,527.45 | 383.00 | 383.00 | 383.00 | 383.00 | 7,995.45 | |
| | | | | Division 00 Totals: Number of Customers: 1 | 0.00 | 9,527.45 | 383.00 | 383.00 | 383.00 | 383.00 | 7,995.45 | |
| | | | | Report Totals: Number of Customers: 1 | 0.00 | 9,527.45 | 383.00 | 383.00 | 383.00 | 383.00 | 7,995.45 | |

$8,761.45

WRITTEN - OFF TO
BAD DEBT EXPENSE
WHEN TENANT FILED
BANKRUPCY (Pre-Petition)

$2,298.00 (.6 x $383.00) SECURITY
DEPOSIT APPLIED BEFORE
WRITE-OFF

Run Date: 3/9/2011 9:09:48AM
A/R Date: 3/9/2011

Page: 1

Case: 11-51102    Doc# 41    Filed: 06/02/11    Entered: 06/03/11 15:48:33    Page 10 of 12

# EXHIBIT 3

Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 05/26/2011

MONTEREY PENINSULA AIRPORT DISTRICT (MRY)

Division Number: 00 MAIN DIVISION

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Job Number | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAYNER | ROBERT HAYNER | | | Contact: | | | Phone: | (831) 646-2262 | | | | |
| 2/1/2011 | 0081520-IN | 2/20/2011 | | | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 383.00 | 0.00 | 95 |
| 3/1/2011 | 0082187-IN | 3/20/2011 | | | 0.00 | 383.00 | 0.00 | 0.00 | 383.00 | 0.00 | 0.00 | 67 |
| 3/23/2011 | 0082608-IN | 4/20/2011 | | | 0.00 | 22.98- | 0.00 | 0.00 | 22.98- | 0.00 | 0.00 | 64 |
| 3/23/2011 | 0082608-FC | 3/23/2011 | | | 0.00 | 22.98 | 0.00 | 0.00 | 22.98 | 0.00 | 0.00 | 64 |
| 4/1/2011 | 0082435-IN | 4/20/2011 | | | 0.00 | 383.00 | 0.00 | 383.00 | 0.00 | 0.00 | 0.00 | 35 |
| 5/1/2011 | 0082729-IN | 5/20/2011 | | | 0.00 | 383.00 | 383.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6 |
| | | | Customer HAYNER Totals: | | 0.00 | 1,532.00 | 383.00 | 383.00 | 383.00 | 383.00 | 0.00 | |
| | | | Division 00 Totals: Number of Customers: 1 | | 0.00 | 1,532.00 | 383.00 | 383.00 | 383.00 | 383.00 | 0.00 | |
| | | | Report Totals: Number of Customers: 1 | | 0.00 | 1,532.00 | 383.00 | 383.00 | 383.00 | 383.00 | 0.00 | |

Page: 1

Run Date: 5/26/2011 2:23:26PM
A/R Date: 5/26/2011