Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Trustee,
AUDREY BARRIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

ROBERT EDWARD HAYNER and,
JANE E. HAYNER,

Debtors.

Case No. 11-51102

Chapter 7

**DECLARATION OF MARIAM S. MARSHALL IN SUPPORT OF APPLICATION FOR ORDER APPROVING TRUSTEE'S SALE OF PERSONAL PROPERTY**

I, Mariam S. Marshall, hereby declare as follows:

1. I am an attorney duly-licensed to practice law before this Court and am one of the attorneys of record for Audrey Barris, trustee of the above-referenced Chapter 7 bankruptcy estate (the "Trustee"). The statements made herein are based upon my own personal knowledge, except as to matters stated herein on my information and belief, and as to those matters, I believe the information to be true and correct. If called as a witness, I could and would competently testify to the statements made herein.

2. Among the assets listed in the Debtors' bankruptcy Schedules is the 1st Capital Stock valued by the Debtors as "unknown". The Trustee's investigation reveals that the market value of 1st Capital shares of stock is currently $9.00 per share. Therefore, the estate's 2,100 shares of 1st Capital Stock have a value of approximately $18,900.

3. estate's 2,100 shares of 1st Capital Stock have a value of approximately $18,900.

DECLARATION OF MARIAM S. MARSHALL IN SUPPORT OF TRUSTEE'S APPLICATION...

4. The 1st Capital Stock is traded over the counter on the OTCBB Bulletin Board. Due to fluctuations in the stock market, it is unknown at this time what the value of the 1st Capital Stock will be at the time of sale.

5. The Trustee proposes to work with Wedbush Securities to sell the 1st Capital Stock on the open market.

6. Wedbush Securities will charge a commission of $.10 per share, or $210.00, plus a flat fee of $15.00 to cover the cost of the U.S. Securities and Exchange Commission fee, as well as, the cost of mailing.

7. The Trustee proposes to sell the 1st Capital Stock at the then market price and pay the associated commissions without further order of the Court.

8. It is the Trustee's business judgment that the sale of the estate's interest in the 1st Capital Stock is in the best interest of the estate and the creditors of the estate. The Trustee is selling the 1st Capital Stock at this over the counter sale price. This will ensure that the estate receives the fair market price for the stock.

9. On May 23, 2011, the Notice of Trustee's Intent to Sell Personal Property (the "Notice") was served on all creditors and parties in interest. The Notice provided that any party in interest wishing to object to the sale of the personal property was required to file with the Court and serve on counsel for the Trustee an objection no later than twenty (20) days after the date of the Notice. A true and correct copy of the Notice and Certificate of Service are collectively attached hereto as ***Exhibit A***.

10. I am informed and believe that no objection to the proposed sale of personal property has been received or otherwise communicated to the Trustee or the Trustee's counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 21st day of June, 2011, in Oakland, California.

/s/ Mariam S. Marshall
Mariam S. Marshall

DECLARATION OF MARIAM S. MARSHALL IN SUPPORT OF TRUSTEE'S APPLICATION. . .   2

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ROBERT EDWARD HAYNER and
JANE E HAYNER,

Debtors.                              /

Case No. 11-51102

Chapter 7

NO HEARING REQUIRED

## NOTICE OF TRUSTEE'S INTENT TO SELL PERSONAL PROPERTY

**NOTICE IS HEREBY GIVEN** that, pursuant to 11 U.S.C. Section 554 and Federal Rule of Bankruptcy Procedure 6007, AUDREY BARRIS, the Chapter 7 Trustee of the above-referenced estate ("Trustee"), intends to sell the estate's interest in 2,100 (two thousand one hundred) fully paid and nonassessable shares of the common stock of 1st Capital Bank (the "1st Capital Stock").

The Debtor's records reflect, and the Trustee has confirmed, the following regarding the 1st Capital Stock: The 1st Capital Stock is traded over the counter on the OTCBB Bulletin Board. As of 1:56 PM EDT May 19, 2011, the 1st Capital Stock traded on the OTCBB Bulletin Board at $9.00 per share, for a total value of $18,900.00. Due to fluctuations in the stock market, it cannot be known at this time what the value of the 1st Capital Stock will be at the time of sale. The Trustee proposes to work with Wedbush Securities to sell the 1st Capital Stock. Wedbush Securities will charge a commission of $.10 per share, or $210.00, plus a flat fee of $15.00 to cover the cost of the U.S. Securities and Exchange Commission fee, as well as, the cost of mailing. The Trustee proposes to sell the 1st Capital Stock at the then market price and pay the associated commissions without further order of the Court. It is the Trustee's business judgment that the sale of the estate's interest in the 1st Capital Stock is in the best interest of the estate and the creditors of the estate.

Any party in interest who wishes to object to the above-described sale of personal property or wishes a hearing on the Trustee's intention to sell the personal property described herein must comply with Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Pursuant to Local Rule 9014-1 an objecting party or party requesting a hearing must file with the Bankruptcy Court and serve counsel for the Trustee with a written request for hearing or objection, along with declarations and/or memoranda of law supporting the objection or request for hearing, within twenty (20) days of the mailing of this notice. In the event an objection or request for hearing is timely made, Trustee's counsel shall obtain a hearing date and provide the objecting party with at least ten (10) days written notice of the hearing. If no party in interest timely files a request for hearing or an objection to the sale of personal property, the Trustee may obtain an order approving the sale of personal property without a hearing.

DATED: May 23, 2011

/s/ Mariam S. Marshall

Mariam S. Marshall, Esq. (Bar No. 157242)
MARSHALL & RAMOS, LLP
Attorneys for Trustee
AUDREY BARRIS
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Trustee,
AUDREY BARRIS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ROBERT EDWARD HAYNER and
JANE E HAYNER,

Debtors.

Case No. 11-51102

Chapter 7

**CERTIFICATE OF SERVICE**

I, Sandra Costa, certify that I am over the age of eighteen and not a party to this action. My business address is The Westlake Building, 350 Frank H. Ogawa Plaza, Suite 603, Oakland, California 94612. On this day I caused to be served the following document(s) listed below:

**NOTICE OF TRUSTEE'S INTENT TO SELL PERSONAL PROPERTY**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. Mail, addressed as follows:

| | |
|---|---|
| Robert Edward Hayner & Jane E. Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953 | Debtors |
| Ralph P. Guenther, Esq.<br>Law Offices of Duffy and Guenther<br>149 Bonifacio Place<br>Monterey, CA 93940 | Counsel for Debtors |
| Office of the U. S. Trustee<br>280 S. First Street, Suite 268<br>San Jose, CA 95113-3004 | U.S. Trustee |

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California on May 23, 2011.

/s/ Sandra Costa
Sandra Costa

CERTIFICATE OF SERVICE

```
Label Matrix for local noticing          Ascension Capital Group              Monterey County Bank
0971-5                                   PO BOX 201347                        P.O. Box 1309
Case 11-51102                            ARLINGTON, TX 76006-1347             Monterey, CA 93942-1309
Northern District of California
San Jose
Mon May 23 10:32:14 PDT 2011

U.S. Bankruptcy Court                    ADT Security Services                American Express
280 South First Street                   Post Office Box 650485               c/o Becket and Lee LLP
Room 3035                                Dallas, TX 75265-0485                Po Box 3001
San Jose, CA 95113-3099                                                       Malvern, PA 19355-0701


Bank Of America                          Bank Of America                      Birgit Ball Eisner
Attn: Bankruptcy NC4-105-03-14           Po Box 17054                         411 Kaelepulu Drive
Po Box 26012                             Wilmington, DE 19850-7054            Apt 160
Greensboro, NC 27420-6012                                                     Kailua, HI 96734-3309


Brian D. Call                            Brian D. Call, Esq.                  CHASE
PO Box 791                               500 Camino El Estero, Suite 200      POB 78035
Monterey, CA 93942-0791                  Monterey, CA 93940-3259              Phoenix, AZ 85062-8035


Capital One Bank (USA), N.A.             (p)CAPITAL ONE                       Chase
by American InfoSource LP as agent       PO BOX 30285                         3990 S Babcock St
PO Box 71083                             SALT LAKE CITY UT 84130-0285         Melbourne, FL 32901-8212
Charlotte, NC  28272-1083


Chase                                    Chase                                Chase
9451 Corbin Avenue                       Home Equity Loan Servicing           N54 W 13600 Woodale Dr
Northridge, CA 91324-1665                Post Office Box 24714                Mennomonee, WI 53051-7026
                                         Columbus, OH 43224-0714


Chase                                    Chase Bank USA, N.A.                 Chase-pier1
P.o. Box 15298                           PO Box 15145                         Attn: Recovery
Wilmington, DE 19850-5298                Wilmington, DE 19850-5145            Po Box 15298
                                                                              Wilmington, DE 19850-5298


Cpu/citi - Conoco Phillips Union         Credit One Bank                      Discover Bank
Attn: Centralized Bankruptcy             Po Box 98875                         Discover Products Inc.
Po Box 20363                             Las Vegas, NV 89193-8875             PO Box 3025
Kansas City, MO 64195-0363                                                    New Albany, OH  43054-3025


Discover Fin                             FIA Card Services, NA/Bank of America Franchise Tax Board
Po Box 6103                              by American InfoSource LP as its agent Bankruptcy Personal Income Tax
Carol Stream, IL 60197-6103              PO Box 248809                        Post Office Box 2952
                                         Oklahoma City, OK  73124-8809        Sacramento, CA 95812-2952


Franchise Tax Board                      GEMB / Old Navy                      Gemb/care Credit
Bankruptcy Section MS A340               Attention: GEMB                      Attn: Bankruptcy
P.O. Box 2952                            Po Box 103104                        Po Box 103106
Sacramento, CA 95812-2952                Roswell, GA 30076-9104               Roswell, GA 30076-9106
```

| | | |
|---|---|---|
| Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Hugh Wilson, M.D.<br>c/o Gerard Rose, Esq.<br>Post Office Box 6516<br>Carmel by the Sea, CA 93921-6516 |
| IRS<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank, NA<br>c/o S. Blair Korschun<br>Ascension Capital Group, Inc.<br>PO Box 201347<br>Arlington, TX 76006-1347 | Jenq-Lin (Tim) Liou<br>c/o Colleen Hallam<br>Eastech Global Systems Inc.<br>Unit 4-481<br>1894 Highway 50 East<br>Carson City, NV 89701-3224 |
| Jim and Sharon Swallow<br>Post Office Box 4975<br>Carmel by the Sea, CA 93921-4975 | Jon Giffen, Esq.<br>Kennedy, Archer & Harray<br>24591 Silver Cloud Court, Suite 200<br>Monterey, CA 93940-6545 | Joseph I. Sussman, P.C.<br>Attorneys at Law<br>132 West 31st Street, Suite 1502<br>New York, NY 10001-3438 |
| Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Law Offices of Patenaude & Felix A.P.C.<br>4545 Murphy Canyon Road, 3rd Floor<br>San Diego, CA 92123-4363 | Macys/fdsb<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Maggie Moratz<br>243 Foam Street<br>Monterey, CA 93940-1581 | Maggie Moratz<br>26383 Riverside Place<br>Carmel, CA 93923-9004 | Michael K. Larkin<br>c/o Roy C. Gunter, III<br>580 Calle Principal<br>Monterey, CA 93940-2812 |
| Monterey County Tax Collector<br>POB 891<br>Salinas, CA 93902-0891 | Monterey Peninsula Airport District<br>200 Fred Kane Drive<br>Suite 200<br>Monterey, CA 93940-5353 | Nelson & Kennard<br>Attorneys at Law<br>Post Office Box 13807<br>Sacramento, CA 95853-3807 |
| Nordstrom FSB<br>Attention: Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155-6555 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Pacific Capital Bank<br>c/o Stephen Pearson, Esq.<br>Noland, Hamerly, Etienne & Hoss<br>POB 2510<br>Salinas, CA 93902-2510 | Pauline Reed<br>14636 Springer Court<br>Saratoga, CA 95070-5726 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 |
| Prefcustfurn<br>P.o. Box 94498<br>Las Vegas, NV 89193-4498 | Renasant Bank<br>c/o Gordon G. Fraser, Esq.<br>6501 Crown Blvd., Suite 200<br>San Jose, CA 95120-2903 | Salinas Valley Memorial Hospital<br>450 East Romie Lane<br>Salinas, CA 93901-4098 |
| Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 | Sentinel Printers, Inc.<br>912 Cedar Street<br>Santa Cruz, CA 95060-3891 | Shell Oil / Citibank<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |

| | | |
|---|---|---|
| Siskiyou County Tax Collector<br>311 Fourth Street, Room 108<br>Yreka, CA 96097-2984 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Talbots<br>175 Beal St<br>Hingham, MA 02043-1512 |
| Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Tim Liou<br>13650 (Unit 801)<br>Marina Del Rey, CA 90292 | Tnb-visa<br>Po Box 560284<br>Dallas, TX 75356-0284 |
| USAA Federal Savings Bank<br>10750 Mcdermott Fwy<br>San Antonio, TX 78288-1600 | Wayne & Margaret Mosher<br>6481 Mojave Drive<br>San Jose, CA 95120-5305 | Wfnnb/the Company Stor<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 |
| Zwicker & Associates, P.C.<br>Attorneys at Law<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Arthur A. Sutton<br>4181 Crest Road<br>Pebble Beach, CA 93953-3052 | Audrey Barris<br>P.O. Box 573<br>Pebble Beach, CA 93953-0573 |
| Inka Larkin<br>c/o Johnnson & Moncrief<br>295 S. Main Street, Ste. 600<br>Salinas, CA 93901-2740 | Jane E. Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953-3052 | Michael Larkin<br>c/o Johnson & Moncrief<br>295 S. Main Street, Ste. 600<br>Salinas, CA 93901-2740 |
| Ralph P. Guenther<br>Law Offices of Duffy and Guenther<br>149 Bonifacio Pl.<br>Monterey, CA 93940-2728 | Robert Edward Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953-3052 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>Po Box 5155<br>Norcross, GA 30091 | Hsbc Bank<br>Po Box 52530<br>Carol Stream, IL 60196 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Monterey County Bank<br>Po Box 1309<br>Monterey, CA 93942-1309 | End of Label Matrix<br>Mailable recipients 76<br>Bypassed recipients 1<br>Total 77 |

# File a Notice:

<u>11-51102 Robert Edward Hayner and Jane E. Hayner</u>
Type: bk                    Chapter: 7 v                    Office: 5 (San Jose)
Assets: y                   Judge: CN                      Case Flag: APPEAL,
                                                            MEANSNO, Salinas, 727OBJ,
                                                            ARCHIVE

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Mariam S. Marshall entered on 5/23/2011 at 10:41 AM PDT and filed on 5/23/2011
**Case Name:**      Robert Edward Hayner and Jane E. Hayner
**Case Number:**    11-51102
**Document Number:** 34

**Docket Text:**
Notice Regarding *Trustee's Intent to Sell Personal Property* Filed by Trustee Audrey Barris (Attachments: # (1) Certificate of Service) (Marshall, Mariam)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Y:\BARRIS\HAYNER, ROBERT & JANE\SELL PP\SELL PP.NTC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=5/23/2011] [FileNumber=18414875-0] [3334ae2dd8a7affd2b491c9b1021f2e0e85d2ca169268157e2f0cf8b4629a98c31 350cc246324247deb48b15d27e2e51d496cf65d92e06bc6b68b3bbf2b55dce]]
**Document description:** Certificate of Service
**Original filename:** Y:\BARRIS\HAYNER, ROBERT & JANE\SELL PP\SELL PP NOTICE.COS-WITH MATRIX.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=5/23/2011] [FileNumber=18414875-1] [4492fc54d9c043e87d7d97740b8ec3ad676915792950909180dfa5624ccc1cec42 c2d9c3f3f9b8b44c22ffc2402bfaf33653b11675be37476ed496595777d659]]

**11-51102 Notice will be electronically mailed to:**

Audrey Barris
ajb@barristrustee.com, Ca20@ecfcbis.com

Ralph P. Guenther on behalf of Debtor Robert Hayner
rguenther@duffyguenther.com

Mariam S. Marshall on behalf of Trustee Audrey Barris
mmarshall@marshallramoslaw.com, kdiggins@marshallramoslaw.com

Paul W. Moncrief on behalf of 3rd Party Plaintiff Inka Larkin
paul@johnsonmoncrief.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Michael S. Sosnowski on behalf of Creditor Monterey County Bank
soslaw@pacbell.net

**11-51102 Notice will not be electronically mailed to:**

Ascension Capital Group
PO BOX 201347
ARLINGTON, TX 76006

Jane E. Hayner
4179 Crest Road
Pebble Beach, CA 93953

Robert Edward Hayner
4179 Crest Road
Pebble Beach, CA 93953

Arthur A. Sutton
4181 Crest Road
Pebble Beach, CA 93953