UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: ROBERT EDWARD HAYNER AND JANE E HAYNER<br><br>Debtors | Bankruptcy No.: 11-51102<br>R.S. No.: PK - 242<br>Hearing Date: August 3, 2011<br>Time: 2:00 PM |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: February 4, 2011 | Chapter: 7 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:     $                           Source of value:
Contract Balance:      $                           Pre-Petition Default: $
Monthly Payment:       $                           No. of months:
Insurance Advance:     $                           Post-Petition Default: $
                                                   No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 810 Meadow Valley Dr, Mount Shasta, California 96067

| Fair market value: $350,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): 1st

| Approx. Bal. $1,096,351.77<br>As of (date): June 7, 2011<br>Mo. payment: $ 7,546.06<br>Notice of Default (date):<br>Notice of Trustee's Sale: | Pre-Petition Default: $52,822.42<br>No. of months: 7<br>Post-Petition Default: $30,529.98<br>No. of months: 4<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $1,096,351.77 | $7,718.93 | $83,352.40 |
| 2nd Trust Deed: | $ | $ | $ |
| Siskiyou County Taxes | $4,012.00 | $ | $ |
|  | $ | $ | $ |
| Costs of Sale (8%) | $28,000.00 | $ | $ |
|  | (Total) $1,128,363.77 | $7,718.93 | $83,352.40 |

(D) Other pertinent information:
[ X] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.

| Dated: July 13, 2011 | /s/ PARADA KOVADI (CA SBN 272724)<br><br>Signature<br>PARADA KOVADI<br>Print or Type Name<br>Attorney for   JPMorgan Chase Bank, National Association, as Successor-in-Interest to Washington Mutual Bank, f/k/a Washington Mutual Bank, FA |
|---|---|