Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 603
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Trustee,
AUDREY BARRIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                            Case No. 11-51102

ROBERT EDWARD HAYNER and,                    Chapter 7
JANE E. HAYNER,
                                                                      **No Hearing Required**
            Debtors.
_____/

**APPLICATION FOR ORDER APPROVING
TRUSTEE'S SALE OF PERSONAL PROPERTY**

TO THE HON. CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE:

Applicant AUDREY BARRIS, Chapter 7 trustee of the above-referenced estate (the "Trustee"), hereby requests entry of an order approving the sale of personal property of the estate consisting of 34,000 shares of stock in BioBancUSA, a California corporation, California Entity Number C2879570/TAX ID# 20-4882679, held under the name of Hayner Family 2003 Revocable Trust U/D/T June 24, 2003 (the "BioBancUSA Stock"). The stock of BioBancUSA is not publically traded.

The Trustee has entered into a agreement to sell the BioBancUSA Stock to Richard G. Pivnicay ("Buyer") for the sum of $20,000, all cash, subject of overbids. The Trustee is informed and believes that the BioBancUSA Stock is unencumbered. The Trustee has the BioBancUSA Stock in her possession, custody and control.

The sale of the BioBancUSA Stock is subject to and contingent upon Bankruptcy

Court approval. In support of her application, the Trustee represents as follows:

1. Among the assets listed in the Debtors' Bankruptcy Schedules is the BioBancUSA Stock valued by the Debtors at $100. The Debtors have an allowed $100 exemption in the BioBancUSA Stock.

2. Because BioBancUSA is not a publically traded company, there is no ready market for BioBancUSA shares of stock.

3. The Trustee received a number of inquires from potential interested buyers, but no firm offers for the BioBancUSA Stock, except from Richard G. Pivnicay ("Buyer"), for the sum of $20,000. The Trustee accepted the Buyer's offer, subject to overbids and Bankruptcy Court approval. A true and correct copy of the fully executed offer from the Buyer is attached as Exhibit "A" to the Declaration of Audrey Barris, submitted herewith.

4. BioBancUSA's Articles of Incorporation provide that any shareholder who wishes to sell their shares of BioBancUSA stock shall give written notice of the intent to sell and the terms of sale to BioBancUSA. Thereafter, BioBancUSA or shareholder(s) of the corporation shall have thirty (30) days from the date of the original notice to make a written offer to purchase the stock on the terms specified in the notice.

5. On June 21, 2011, the Notice of Trustee's Intent to Sell the BioBancUSA Stock was served on the two remaining officers and directors of BioBancUSA, Debtor Robert Hayner and James Swallow. (See Notice of Trustee's Intent to Sell Personal Property of the Estate and the Certificate of Service (the "Notice"), collectively attached as Exhibit "A" to the Declaration of Mariam S. Marshall, submitted herewith).

6. On July 5, 2011, the Trustee's counsel wrote to Messrs. Hayner and Swallow as well as the Corporate Secretary of BioBancUSA, advising them that BioBancUSA and its shareholders had until July 21, 2011, to make a written offer to purchase the BioBancUSA Stock on the terms stated in the Notice. A true and correct copy of said correspondence without attachments is attached as Exhibit "B" to the declaration of Mariam S. Marshall.

7. As of the date of this Application neither the Trustee nor her counsel had

received any written offers from BioBancUSA or its shareholders for the BioBancUSA Stock. (See Declarations of Audrey Barris and Mariam S. Marshall).

8. The sale of the BioBancUSA Stock was subject to overbids. The Trustee conducted the overbid sale on July 6, 2011. The Trustee received no overbids. (See declarations of Audrey Barris and Mariam S. Marshall).

9. It is the Trustee's business judgment that the sale of the estate's interest in the BioBancUSA Stock to the Buyer for the sum of $20,000 is in the best interest of the estate and the creditors of the estate. Because BioBancUSA is not a publically traded company, there is not ready market for the purchase and sale of the stock of this company. The Buyer's offer was the only offer the Trustee received for the BioBancUSA Stock after exposing the stock to an overbid sale and providing notice of the sale to the officers and directors of BioBancUSA. (See declaration of Audrey Barris).

10. The 21-day time period for objecting to the above-referenced sale of real property has expired and there were no objections. A true and correct copy of the Notice of Trustee's Intent to Sell Personal Property of the Estate is attached as Exhibit "A" to the Declaration of Mariam S. Marshall, submitted herewith.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order authorizing and approving the sale of BioBancUSA Stock to the Buyer for the sum of $20,000 the terms and conditions described above, with a waiver of the 14 day appeal period of FRBP 8002(a).

Dated: July 22, 2011        MARSHALL & RAMOS, LLP


/s/ Mariam S. Marshall
_____
Mariam S. Marshall
Attorneys for Trustee
AUDREY BARRIS