Entered on Docket
July 22, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 22, 2011

_____
**Charles Novack**
**U.S. Bankruptcy Judge**
_____

1. Mariam S. Marshall, Esq.
   (Bar No. 157242)
2. Zunilda Ramos, Esq.
   (Bar No. 161114)
3. MARSHALL & RAMOS, LLP
   ATTORNEYS AT LAW
4. The Westlake Building
5. 350 Frank H. Ogawa Plaza
   Suite 603
   Oakland, California 94612
6. Telephone:  (510) 835-8359
   Facsimile:  (510) 835-8259
7. mmarshall@marshallramoslaw.com

8. Attorneys for Trustee,
   AUDREY BARRIS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

ROBERT EDWARD HAYNER and
JANE E HAYNER,

  Debtors.

Case No. 11-51102

Chapter 7

**ORDER AUTHORIZING AND APPROVING
SALE OF PERSONAL PROPERTY**

The application of AUDREY BARRIS, bankruptcy trustee for the estate of Robert Hayner and Jane Hayner (the "Trustee"), seeking an order authorizing and approving the sale of personal property consisting of 34,000 shares of stock in BioBancUSA, a California corporation, California Entity Number C2879570/TAX ID# 20-4882679, held under the name of Hayner Family 2003 Revocable Trust U/D/T June 24, 2003 (the "BioBancUSA Stock"), to Richard G. Pivnicay, for the sum of $20,000 , having been considered by the Court. and due notice of the Trustee's intent to sell personal property having been given to all creditors and other interested parties as required by law and by the Articles of Incorporation of BioBancUSA, no objection having been raised, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Trustee is authorized to sell the BioBancUSA Stock to Richard G.

1 | Pivnicay for the sum of $20,000 without further order of the Court; and
2 | ~~2.   The 14 day appeal period prescribed by FRBP 8002(a), is hereby waived.~~ CN
3 | Certificate of service for proposed order filed as docket entry #52.
4 | ** END OF ORDER**

| | | |
|---|---|---|
| 1 | COURT SERVICE LIST | |
| 2 | | |
| 3 | Robert Edward Hayner & Jane E. Hayner<br>4179 Crest Road<br>Pebble Beach, CA 93953 | Debtors |
| 4 | | |
| 5 | Ralph P. Guenther, Esq.<br>Law Offices of Duffy and Guenther<br>149 Bonifacio Place | Counsel for Debtors |
| 6 | Monterey, CA 93940 | |
| 7 | Office of the U. S. Trustee<br>280 S. First Street, Suite 268 | U.S. Trustee |
| 8 | San Jose, CA 95113-3004 | |
| 9 | BioBanc USA<br>5 Lower Ragsdale Drive | Interested Party |
| 10 | Suite 100<br>Monterey, California 93940 | |
| 11 | Attn: Corporate Secretary | |
| 12 | BioBanc USA<br>5 Lower Ragsdale Drive | Interested Party |
| 13 | Suite 100<br>Monterey, California 93940 | |
| 14 | Attn: James Swallow, Officer/Director | |
| 15 | BioBanc USA<br>5 Lower Ragsdale Drive | Interested Party |
| 16 | Suite 100<br>Monterey, California 93940 | |
| 17 | Attn: Robert Edward Hayner<br>     CEO President | |
| 18 | | |
| 19 | James Swallow<br>P.O. Box 4975<br>Carmel by the Sea, CA 93921-4975 | Interested Party |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

ORDER AUTHORIZING AND APPROVING SALE OF PERSONAL PROPERTY