Entered on Docket
August 18, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed August 17, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

EDDIE R. JIMENEZ (CA SBN 231239)
PARADA KOVADI (CA SBN 272724)
ERIN L. LANEY (CA SBN 259863)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK, F/K/A WASHINGTON MUTUAL BANK, FA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT EDWARD HAYNER AND JANE E HAYNER,<br><br><br><br><br><br>Debtor(s). | Case No. 11-51102-CN<br><br>Chapter 7<br><br>R.S. No. PK-242<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: August 3, 2011<br>TIME: 2:00 PM<br>CTRM: 3070<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on August 3, 2011, at 2:00 PM, in Courtroom 3070, upon the Motion of JPMorgan Chase Bank, National Association, as Successor-in-Interest to Washington Mutual Bank, f/k/a Washington Mutual Bank, FA ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Robert Edward Hayner and Jane E Hayner ("Debtors") commonly known as 810

- 1 -

Meadow Valley Dr, Mount Shasta, California 96067 (the "Real Property"), which is legally described as follows:

> LOT 21, AS SHOWN ON THE MAP ENTITLED "TRACT NO 1027 JJJ RANCH SUBDIVISION" LOCATED IN A PORTION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 17, TOWNSHIP 40 NORTH, RANGE 4 WEST, M.D.M., FILED FOR RECORD IN THE SISKIYOU COUNTY RECORDERS OFFICE NOVEMBER 19, 1975 IN TOWN MAP BOOK 6, PAGES 15 AND 15A.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Robert Edward Hayner
Jane E Hayner
4179 Crest Road
Pebble Beach, CA 93953

Ralph P. Guenther
Law Offices of Duffy and Guenther
149 Bonifacio Pl.
Monterey, CA 93940
Debtor Attorney

Mariam S. Marshall
Law Offices of Marshall and Ramos
350 Frank H. Ogawa Plaza #603
Oakland, CA 94612
Chapter 7 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Siskiyou County Tax Collector
311 Fourth Street. Room 108
Yreka, CA 96097