UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 11-51102
 Chapter 7
ROBERT EDWARD HAYNER, and
JANE E. HAYNER,  NO HEARING REQUIRED

 Debtors.                                             /

## NOTICE OF TRUSTEE'S INTENT TO SELL PERSONAL PROPERTY

TO ALL CREDITORS AND PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that, AUDREY BARRIS, the Chapter 7 Trustee of the above-referenced estate ("Trustee"), intends to sell the estate's interest in a 1997 Mercedes SL 320 (the "Automobile"), to the Debtors for the sum of $6,000, subject to overbids and bankruptcy court approval.

The Debtors' scheduled the value of the Automobile at $13,285. The Trustee's inspection of the Automobile indicates that it has a current fair market value closer to $6,000 based on its condition. The Trustee has confirmed this valuation by consulting an auctioneer. The Debtors did not claim an exemption in the Automobile. The Automobile is currently in the custody and control of the Debtors.

**The Trustee proposes to sell the Automobile in its "as is" and "where is" condition to the Debtors, subject to overbids. The overbid sale shall take place on September 8, 2011 at 10:00 a.m. at the offices of Marshall & Ramos, LLP located at 350 Frank H. Ogawa Plaza, Suite 603, Oakland, CA 94612. The starting overbid shall be $6,500 and all subsequent overbids shall be made in $500 increments. The sale will be an "all cash" transaction.**

It is the Trustee's business judgment that the proposed sale of the Automobile to the Debtors for the sum of $6,000 is in the best interest of the estate and its creditors. The Automobile is a depreciating asset and it must be liquidated forthwith in order to maximize the recovery for the benefit of creditors. The Debtors have offered to purchase the Automobile for its current fair market value. The Debtors need the Automobile for their daily lives and have an interest in retaining it.

**Any party in interest who wishes to object to the above-described sale of personal property or wishes a hearing on the Trustee's intention to sell the personal property described herein must comply with Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Pursuant to Local Rule 9014-1 an objecting party or party requesting a hearing must file with the Bankruptcy Court and serve counsel for the Trustee with a written request for hearing or objection, along with declarations and/or memoranda of law supporting the objection or request for hearing, within twenty-one (21) days of the mailing of this notice. In the event an objection or request for hearing is timely made, Trustee's counsel shall obtain a hearing date and provide the objecting party with at least seven (7) days written notice of the hearing. If no party in interest timely files a request for hearing or an objection to the proposed sale the Trustee may obtain an order approving the sale without a hearing.**

DATED: This 24th day of August 2011   /s/ Mariam S. Marshall
   MARIAM S. MARSHALL, ESQ. (#157242)
   MARSHALL & RAMOS, LLP
   Attorneys for Trustee
   AUDREY BARRIS
   350 Frank H. Ogawa Plaza, Suite 603
   Oakland, California 94612
   Telephone: (510) 835-8359