# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: HAYNER, ROBERT EDWARD      §    Case No. 11-51102
        HAYNER, JANE E                   §
        dba BIOBANCUSA, A CORPORATION    §

Debtor(s)                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 04, 2011.  The undersigned trustee was appointed on February 04, 2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of       $             52,735.98

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 71.17 |
| Bank service fees | 978.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 51,686.72 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/06/2011 and the deadline for filing governmental claims was 08/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,886.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,886.80, for a total compensation of $5,886.80.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $42.69, for total expenses of $42.69.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2012           By:/s/Audrey J. Barris
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (05/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-51102

Case Name: HAYNER, ROBERT EDWARD
HAYNER, JANE E

Period Ending: 05/15/12

Trustee: (007200) Audrey J. Barris

Filed (f) or Converted (c): 02/04/11 (f)

§341(a) Meeting Date: 03/08/11

Claims Bar Date: 06/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 4179 Crest Road, Pebble Beach CA 93953 | 875,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 810 Meadow Valley Road, | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | A piece of land in Tahlequah, OK<br>Minimal value; not worth administering for estate | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Pinecliff Village HOA, Ruidoso, NW<br>Timeshare | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Location: 4179 Crest Road, Pebble Beach CA 93953<br>Cash | 140.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Acct - Chase Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking Acct - Comerica Bank | 8,914.55 | 2,049.55 | | 2,049.55 | FA |
| 8 | Checking Acct - Monterey Credit Union | 230.00 | 0.00 | DA | 0.00 | FA |
| 9 | Checking Acct - Chase Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Location: 4179 Crest Road, Pebble Beach CA 93953 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 810 Meadow Valley Road, Mt. Shasta, CA | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Location: 4179 Crest Road, Pebble Beach CA 93953 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Location: 4179 Crest Road, Pebble Beach CA | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Prudential Insurance | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | SAIC (Qualified IRA in Debtor's Name) | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | $1,000 US Savings Bond- | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | USAA Term Life Insurance 500K policy - no cash v | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | USAA Universal Life 100k policy | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | ING Term Life Insurance 100k policy - no cash va | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1997 GMC Truck - Mileage 91,658 KBB Private Part | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1997 Mercedes SL320 - Mileage 67,200 KBB Private | 13,285.00 | 13,285.00 | | 6,000.00 | FA |
| 22 | 2005 BMW x5 - Mileage 61,430 KBB Private Party V | 17,665.00 | 0.00 | DA | 0.00 | FA |
| 23 | 34,000 Shares of Biobanc, Inc. | 100.00 | 19,900.00 | | 20,000.00 | FA |
| 24 | Shares of 1st Capital Bank 5 Units of Shares in | Unknown | 18,683.68 | | 18,683.68 | FA |
| 25 | Shares in Rembrandt Partners ($71,000.00) | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| Case Number: | 11-51102 | | Trustee: | (007200) Audrey J. Barris |
| Case Name: | HAYNER, ROBERT EDWARD | | Filed (f) or Converted (c): | 02/04/11 (f) |
| | HAYNER, JANE E | | §341(a) Meeting Date: | 03/08/11 |
| Period Ending: | 05/15/12 | | Claims Bar Date: | 06/06/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Social Security Benefits for Debtor and Joint De | Unknown | 0.00 | DA | 0.00 | FA |
| 27 | Military Retirement Benefits | Unknown | 0.00 | DA | 0.00 | FA |
| 28 | Retainer Duffy & Guenther  (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.75 | Unknown |
| 29 | **Assets  Totals** (Excluding unknown values) | **$1,359,234.55** | **$59,918.23** | | **$52,735.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/30/11: First Capital stock & Biobanc stock sold; car still to be sold then claims review and submssion of TFR

**Initial Projected Date Of Final Report (TFR):**    February 1, 2012         **Current Projected Date Of Final Report (TFR):**    February 1, 2012

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-51102 | |
| Case Name: | HAYNER, ROBERT EDWARD | |
| | HAYNER, JANE E | |
| Taxpayer ID #: | **-***0692 | |
| Period Ending: | 05/15/12 | |

| | |
|---|---|
| Trustee: | Audrey J. Barris (007200) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******50-65 - Checking Account |
| Blanket Bond: | $3,060,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/11 | {28} | Duffy & Guenther | retainer | 1229-000 | 6,000.00 | | 6,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.07 |
| 05/20/11 | {7} | Jane Hayner | BANK ACCOUNTS | 1129-000 | 2,049.55 | | 8,049.62 |
| 05/20/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/20/2011 FOR CASE #11-51102, Blanket Bond # 016030864 Voided on 05/20/11 | 2300-000 | | ! 1.96 | 8,047.66 |
| 05/20/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/20/2011 FOR CASE #11-51102, Blanket Bond # 016030864 Voided: check issued on 05/20/11 | 2300-000 | | ! -1.96 | 8,049.62 |
| 05/20/11 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT AS OF 05/20/2011 FOR CASE #11-51102, Blanket Bond No. 016030864 | 2300-000 | | 2.02 | 8,047.60 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,047.65 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,047.70 |
| 07/08/11 | {24} | Wedbush Morgan Securities | SALE OF BANK SHARES | 1129-000 | 18,683.68 | | 26,731.38 |
| 07/28/11 | {23} | Campeau Goodsell Smith Iolta Account | SALE OF BANK SHARES | 1129-000 | 20,000.00 | | 46,731.38 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 46,731.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.47 | 46,693.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,693.45 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.27 | 46,590.18 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.83 | 46,592.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 46,592.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.73 | 46,496.65 |
| 10/23/11 | {21} | Robert Hayner | purchase proceeds | 1129-000 | 6,000.00 | | 52,496.65 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 52,497.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.00 | 52,403.04 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 52,403.46 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.86 | 52,288.60 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,289.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.44 | 52,181.59 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,182.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.07 | 52,067.95 |
| 02/28/12 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 69.15 | 51,998.80 |

| | | Subtotals : | $52,735.98 | $737.18 | |
|---|---|---|---|---|---|

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 05/15/2012 07:56 PM    V.13.02

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-51102 | |
| **Case Name:** | HAYNER, ROBERT EDWARD | |
| | HAYNER, JANE E | |
| **Taxpayer ID #:** | **-***0692 | |
| **Period Ending:** | 05/15/12 | |

| | |
|---|---|
| **Trustee:** | Audrey J. Barris (007200) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****50-65 - Checking Account |
| **Blanket Bond:** | $3,060,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/28/2012 FOR CASE #11-51102, Blanket bond # 16030864; $63.23 for 2011-2012 increase; 2012/2013 bond | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.13 | 51,895.67 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.37 | 51,789.30 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 102.58 | 51,686.72 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 52,735.98 | 1,049.26 | **$51,686.72** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 52,735.98 | 1,049.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$52,735.98** | **$1,049.26** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-*****50-65** | 52,735.98 | 1,049.26 | 51,686.72 |
| | $52,735.98 | $1,049.26 | $51,686.72 |

{} Asset reference(s)                                                                              Printed: 05/15/2012 07:56 PM    V.13.02

# Claims Register

## Case: 11-51102    HAYNER, ROBERT EDWARD

Claims Bar Date:    06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/09/11 | 6344<br><br>01/21/12 ab- credit card; no objections | $6,075.91<br>$6,075.91 | $0.00 | $6,075.91 |
| 2 -5 | IRS<br>CENTRALIZED INSOLVENCY<br>OPERATION<br>POST OFFICE BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>02/11/11 | $161,255.96<br>$161,255.96<br>01/21/12 ab- ENTIRE AMOUNT IS FOR CIVIL PENALTIES<br>01/21/2012 Amendment 2-5 imported by TRL; original claim overwritten<br>--------------------------------------------------------------------------* * * | | $0.00 | $161,255.96 |
| 3 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/14/11 | 9040<br><br>01/21/12 ab- credit card; no objections | $1,851.90<br>$1,851.90 | $0.00 | $1,851.90 |
| 4 | Renasant Bank<br>c/o Gordon G. Fraser, Esq.<br>6501 Crown Blvd., Suite 200<br>San Jose, CA 95120<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/18/11 | HAYN<br><br>01/21/12 ab- judgment but creditor filed as unseucred; ok | $86,493.27<br>$86,493.27 | $0.00 | $86,493.27 |
| 5 | Brian D. Call<br>PO Box 791<br><br>Monterey, CA 93942<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/24/11 | $4,582.02<br>$4,582.02<br>01/21/12 ab- judgment entered against BioBank 01/19/11-<br>PREFERENTIAL but filed as unsecured- ok | | $0.00 | $4,582.02 |
| 6 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/25/11 | 4365 OR 3460<br><br>01/21/12 ab- credit card; no objections | $2,923.18<br>$2,923.18 | $0.00 | $2,923.18 |
| 7 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br><br>Jacksonville, FL 32256<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/01/11 | 8089<br><br>01/21/12 ab- goods sold; ok | $3,953.25<br>$3,953.25 | $0.00 | $3,953.25 |

# Claims Register

## Case: 11-51102    HAYNER, ROBERT EDWARD

Claims Bar Date:    06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 -2 | BIRGIT BALL EISNER<br>411 KAELEPULU DRIVE<br>APT 160<br>KAILUA, HI 96734 | Unsecured<br>03/07/11 | | $35,000.00<br>$35,000.00 | $0.00 | $35,000.00 |
| | | | 04/15/2012 Amendment 8-2 imported by ABARRIS; original claim overwritten<br>-----------------------------------------------------------------------------* * *<br>01/21/12 ab- will need to file objecton or claimant can amend- FILED AS PRIORITY- NOT ENTITLED TO PRIORITY; will allow as unsecured | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 -2 | Monterey County Bank<br>Po Box 1309<br><br>Monterey, CA 93942 | Unsecured<br>03/14/11 | | $193,358.57<br>$193,358.57 | $0.00 | $193,358.57 |
| | | | 01/21/12 ab- bank has UCC but claim filed as unsecured- ok; RELIEF GRANTED 05/26/11<br>04/26/2011 Amendment 9-2 imported by ABARRIS; original claim didn't exist<br>-----------------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | Chase Bank USA, N.A.<br>PO Box 15145<br><br>Wilmington, DE 19850-5145 | Unsecured<br>03/22/11 | 2488 | $21,539.96<br>$21,539.96 | $0.00 | $21,539.96 |
| | | | 01/21/12 ab- ab- credit card; no objections | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured<br>03/28/11 | 7464 | $331.22<br>$331.22 | $0.00 | $331.22 |
| | | | 01/21/12 ab- credit card; no objections | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured<br>04/04/11 | 9122 OR 7454 | $35,116.47<br>$35,116.47 | $0.00 | $35,116.47 |
| | | | 01/21/12 ab- credit card; no objections | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured<br>04/04/11 | 0396 OR 6494 | $4,135.37<br>$4,135.37 | $0.00 | $4,135.37 |
| | | | 01/21/12 ab- credit card; no objections | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Claims Register

## Case: 11-51102 HAYNER, ROBERT EDWARD

Claims Bar Date: 06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/04/11 | 0585 OR 0942 01/21/12 ab- credit card; no objections | $5,244.98 $5,244.98 | $0.00 | $5,244.98 |
| 15 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/19/11 | 2253 01/21/12 ab- credit card; no objections | $6,064.22 $6,064.22 | $0.00 | $6,064.22 |
| 16 | Pacific Capital Bank c/o Stephen Pearson, Esq. Noland, Hamerly, Etienne & Hoss,POB 2510 Salinas, CA 93902 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/22/11 | 9403 01/21/12 ab- installment loan; ok | $496,802.73 $496,802.73 | $0.00 | $496,802.73 |
| 17 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/25/11 | 4212 01/21/12 ab- credit card; no objections | $973.94 $973.94 | $0.00 | $973.94 |
| 18 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/27/11 | 2975 01/21/12 ab- credit card; no objections | $1,230.98 $1,230.98 | $0.00 | $1,230.98 |
| 19 -2 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/28/11 | 04/15/2012 Amendment 19-2 imported by ABARRIS; original claim overwritten ----------------------------------------------------------------* * * 01/21/12 ab- taxes- 2009 priority portion- ok | $796.08 $796.08 | $0.00 | $796.08 |
| 20 -2 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | Secured 04/28/11 | 05/15/12 ab- secured; pursuant to Section 726 not entitled to distribution from estate 04/15/2012 Amendment 20-2 imported by ABARRIS; original claim overwritten ----------------------------------------------------------------* * * | $16,559.35 $0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 11-51102   HAYNER, ROBERT EDWARD

Claims Bar Date:   06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 21 | JENQ-LIN (TIM) LIOU C/O COLLEEN HALLAM,EASTECH GLOBAL SYSTEMS INC.,UNIT 4-481,1894 HIGHWAY 50 CARSON CITY, NV 89701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/04/11 | | $300,000.00 $300,000.00 01/21/12 ab- personal guarantee of debtor on loan to BioBank by claimant- ok | $0.00 | $300,000.00 |
| 22 | MICHAEL K. LARKIN C/O ROY C. GUNTER, III 580 CALLE PRINCIPAL MONTEREY, CA 93940 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 05/05/11 | | $610,776.38 $0.00 01/21/12 ab-  secured claimant; not entitled to distribution pursuant to section 726 | $0.00 | $0.00 |
| 23 | WAYNE & MARGARET MOSHER 6481 MOJAVE DRIVE SAN JOSE, CA 95120 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/06/11 | | $51,612.25 $51,612.25 01/21/12 ab- money loaned- ok | $0.00 | $51,612.25 |
| 24 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/12/11 | 5714 | $653.67 $653.67 01/21/12 ab- credit card; no objections | $0.00 | $653.67 |
| 25 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, NA,C/O RESURGENT CAPITAL SERVICES,PO BOX 19008 GREENVILLE, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/18/11 | 4301 | $153.33 $153.33 01/21/12 ab- credit card; no objections | $0.00 | $153.33 |
| 26 | GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 05/26/11 | 9125 | $2,335.98 $2,335.98 01/21/12 ab- credit card; no objections | $0.00 | $2,335.98 |
| 27 | MONTEREY PENINSULA AIRPORT DISTRICT JAMES D. MAYNARD,C/O COTA COLE LLP,,2261 LAVER RIDGE COURT ROSEVILLE, CA 95661 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 06/02/11 | | $12,208.00 $12,208.00 01/21/12 ab- rent on commercial property; ok | $0.00 | $12,208.00 |

# Claims Register

## Case: 11-51102   HAYNER, ROBERT EDWARD

Claims Bar Date:   06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28 | KENNEDY, ARCHER & HARRAY<br>C/O NOLAN KENNEDY, ESQ.<br>24591 SILVER CLOUD CT., SUITE 200<br>MONTEREY, CA 93940<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/06/11 | 6407<br><br>01/21/12 ab- services performed- ok | $58,118.37<br>$58,118.37 | $0.00 | $58,118.37 |
| BOND | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS SR<br>NEW ORLEANS, LA 70139<br><2300-00   Bond Payments>,  200 | Admin Ch. 7<br>02/04/11 | | $71.17<br>$71.17 | $71.17 | $0.00 |
| FEXP | Audrey J. Barris<br>2130 Fillmore Street  #322<br>San Francisco, CA 94115<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>02/04/11 | | $42.69<br>$42.69 | $0.00 | $42.69 |
| FCOMP | Audrey J. Barris<br>2130 Fillmore Street  #322<br>San Francisco, CA 94115<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>02/04/11 | | $5,886.80<br>$5,886.80 | $0.00 | $5,886.80 |
| FACCTE | Richard Pierotti<br>Kokjer Pierotti Maiocco & Duck LLP<br>351 California Street, Suite 300<br>San Francisco, CA 94104<br><br><3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>02/04/11 | 05/13/12 FINAL ACCOUNTANT FOR TRUSTEE EXPENSES; FEE APPLICATION FILED 05/08/12 | $159.88<br>$159.88 | $0.00 | $159.88 |
| FACCTF | Richard Pierotti<br>Kokjer Pierotti Maiocco & Duck LLP<br>351 California Street, Suite 300<br>San Francisco, CA 94104<br><br><3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>02/04/11 | 05/13/12 FINAL ACCOUNTANT FOR TRUSTEE FEES; FEE APPLICATION FILED 05/08/12 | $2,180.00<br>$2,180.00 | $0.00 | $2,180.00 |
| FATTYEXP | Mariam S. Marshall, Esquire<br>Marshall & Ramos, LLP<br>350 Frank H. Ogawa Plaze, Ste 603<br>Oakland, CA 94612<br><br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>02/04/11 | 05/13/12 FINAL ATTORNEY FOR TRUSTEE EXOPENSES; FEE APPLICATION FILED 12/29/11 | $434.43<br>$434.43 | $0.00 | $434.43 |
| FATTYFEE | Mariam S. Marshall, Esquire<br>Marshall & Ramos, LLP<br>350 Frank H. Ogawa Plaze, Ste 603<br>Oakland, CA 94612<br><br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>02/04/11 | 05/13/12 FINAL ATTORNEY FOR TRUSTEE FEES; FEE APPLICATION FILED 12/29/11 | $13,685.00<br>$13,685.00 | $0.00 | $13,685.00 |

# Claims Register

## Case: 11-51102   HAYNER, ROBERT EDWARD

Claims Bar Date:   06/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | Case Total: | $71.17 | $1,515,200.41 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-51102
Case Name: HAYNER, ROBERT EDWARD
Trustee Name: Audrey J. Barris

**Balance on hand:** $ 51,686.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 51,686.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Audrey J. Barris | 5,886.80 | 0.00 | 5,886.80 |
| Trustee, Expenses - Audrey J. Barris | 42.69 | 0.00 | 42.69 |
| Attorney for Trustee, Fees - Mariam S. Marshall, Esquire | 13,685.00 | 0.00 | 13,685.00 |
| Attorney for Trustee, Expenses - Mariam S. Marshall, Esquire | 434.43 | 0.00 | 434.43 |
| Accountant for Trustee, Fees - Richard Pierotti | 2,180.00 | 0.00 | 2,180.00 |
| Accountant for Trustee, Expenses - Richard Pierotti | 159.88 | 0.00 | 159.88 |

Total to be paid for chapter 7 administration expenses: $ 22,388.80
Remaining balance: $ 29,297.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 29,297.92

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $161,255.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 2 -5 | IRS | 161,255.96 | 0.00 | 29,297.92 |

Total to be paid for priority claims: $ 29,297.92
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,331,555.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1 | Discover Bank | 6,075.91 | 0.00 | 0.00 |
| 3 | TARGET NATIONAL BANK | 1,851.90 | 0.00 | 0.00 |
| 4 | Renasant Bank | 86,493.27 | 0.00 | 0.00 |
| 5 | Brian D. Call | 4,582.02 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 2,923.18 | 0.00 | 0.00 |
| 7 | Pitney Bowes Inc | 3,953.25 | 0.00 | 0.00 |
| 8 -2 | BIRGIT BALL EISNER | 35,000.00 | 0.00 | 0.00 |
| 9 -2 | Monterey County Bank | 193,358.57 | 0.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 21,539.96 | 0.00 | 0.00 |
| 11 | Talbots | 331.22 | 0.00 | 0.00 |
| 12 | FIA Card Services, NA/Bank of America | 35,116.47 | 0.00 | 0.00 |
| 13 | FIA Card Services, NA/Bank of America | 4,135.37 | 0.00 | 0.00 |
| 14 | FIA Card Services, NA/Bank of America | 5,244.98 | 0.00 | 0.00 |
| 15 | PYOD LLC its successors and assigns as assignee of | 6,064.22 | 0.00 | 0.00 |
| 16 | Pacific Capital Bank | 496,802.73 | 0.00 | 0.00 |
| 17 | Chase Bank USA, N.A. | 973.94 | 0.00 | 0.00 |
| 18 | CHASE BANK USA, N.A. | 1,230.98 | 0.00 | 0.00 |
| 19 -2 | FRANCHISE TAX BOARD | 796.08 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 21 | JENQ-LIN (TIM) LIOU | 300,000.00 | 0.00 | 0.00 |
|----|---------------------|-----------|------|------|
| 23 | WAYNE & MARGARET MOSHER | 51,612.25 | 0.00 | 0.00 |
| 24 | CHASE BANK USA, N.A. | 653.67 | 0.00 | 0.00 |
| 25 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 153.33 | 0.00 | 0.00 |
| 26 | GE MONEY BANK | 2,335.98 | 0.00 | 0.00 |
| 27 | MONTEREY PENINSULA AIRPORT DISTRICT | 12,208.00 | 0.00 | 0.00 |
| 28 | KENNEDY, ARCHER & HARRAY | 58,118.37 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for tardy general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00